Frank C. Gilmore, Esq.
Nevada Bar No. 10052
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Tel: (775) 329-3151
Fax: (775) 329-7941
Email: fgilmore@rbsllaw.com

Attorneys for Allan Holms

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAKKEN RESOURCES, INC. a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLAN G. HOLMS, an individual, MANUEL GRAIWER, an individual, DOES 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No.: 3:17-cv-167 |

## NOTICE OF REMOVAL

TO: The United States District Court for the District of Nevada, Northern Division.

TO: BAKKEN Resources, Inc., the Plaintiff in the above-captioned case; and

TO: Maupin Cox & LeGoy, Paul Anderson, Esq. and Procter J. Hug, IV, Esq. its attorneys.

Allan Holms, by and through his undersigned attorneys, hereby respectfully removes the case captioned above, and described below, to this Court.

1. Allan Holms is a resident of the State of Washington and respectfully joins in this removal. Removal to this Court is from the Nevada state court in accordance with 28 USC §1441(b) on the basis of diversity of citizenship (28 USC §1352).

2 A copy of the Verified Complaint filed in the Second Judicial District Court of the State of Nevada, in and for the County of Washoe, Case Number CV17-00360, is attached hereto as **Exhibit 1**. Service on the Defendant has not been effected.

3. The grounds for removal are diversity of citizenship pursuant to 28 USC §1332 and 28 USC §1441(b). The amount in controversy is met because Plaintiff seeks money damages, attorney fees as an element of special damages under Nevada law, and the "potential cost to the defendant of complying with the [proposed] injunction," when aggregated well exceed the amount in controversy requirement. In re Ford Motor Co./Citibank (S. Dakota), N.A., 264 F.3d 952, 958 (9th Cir. 2001).

Therefore, this Court would have had the original subject matter jurisdiction under 28 USC §1332, had this case been filed as an original action in this Court.

4. This Notice of Removal is timely pursuant to 28 USC §1446(b)(1), because Defendant did not learn of this case until March 3, 2017. The action has been pending in the state court for more than 30 days, but Plaintiff has conceded that service was not effected prior to March 2, 2017.

5. Attached as **Exhibits 1-5** are all material papers filed in the state court:

A. **Exhibit 1** – Plaintiff's Verified Complaint filed February 21, 2017;

B. **Exhibit 2** – Plaintiff Bakken Resources, Inc.'s Ex Parte Motion and Application for Temporary Restraining Order and Request for Hearing on Preliminary Injunction, filed February 21, 2017;

C. **Exhibit 3** – Temporary Restraining Order filed February 21, 2017;

D. **Exhibit 4** – Minutes of the Hearing filed February 22, 2017;

E. **Exhibit 5** – Plaintiff Bakken Resources, Inc.'s Ex Parte Motion to Extend Temporary Restraining Order on Order Shortening Time.

WHEREFORE, Defendant Allan Holms respectfully removes this case to this Court.

DATED this 17th day of March, 2017.

ROBISON, BELAUSTEGUI, SHARP & LOW
a Professional Corporation
71 Washington Street
Reno, NV 89503

By_____
FRANK C. GILMORE, ESQ.
Nevada Bar No. 10052