# EXHIBIT 3

# EXHIBIT 3





FILED
2017 FEB 21 PM 3:40
[signature]

Code: 4170
PAUL J. ANDERSON, ESQ.
Nevada Bar No. 709
PROCTER J. HUG, IV, ESQ.
Nevada Bar No. 12403
MAUPIN, COX & LeGOY
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
*Attorneys for Plaintiff*

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| BAKKEN RESOURCES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLAN G. HOLMS, an individual, MANUEL GRAIWER, and individual, DOES 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No.: CV17-00360<br><br>Dept. No.: |

### TEMPORARY RESTRAINING ORDER

The Court, having reviewed the Verified Complaint filed on February 21, 2017, by Bakken Resources, Inc., a Nevada Corporation ("BRI"), through its legal counsel, Maupin, Cox & LeGoy, as well as the Ex Parte Motion and Application for Temporary Restraining Order and Request for Hearing on Preliminary Injunction filed contemporaneously with the Verified Complaint, and having heard argument from counsel for BRI, and it appearing that BRI will



MAUPIN COX LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520

suffer immediate and irreparable injury, loss or damage if the conduct of Defendant Allan Holms, an individual ("Allan" or "Defendant"), as described in the Verified Complaint and Motion for TRO is not immediately enjoined, IT IS HEREBY ORDERED:

1. That Allan, or any person or entity purported to be working with or affiliated with Allan are immediately restrained from transferring or attempting to transfer any shares evidenced by BRI stock numbers 335, 1342, 1343, 1344 and 1345 through Nevada Agency and Transfer Company ("NATCO"), or any other transfer agent.

2. That NATCO and any other transfer agent are precluded from carrying out any instructions from Allan, or any person or entity purported to be working with or affiliated with Allan to transfer any shares evidenced by BRI stock certificate numbers 335, 1342, 1343, 1344, and 1345.

3. That Allan is immediately restrained from filing or attempting to file any additional documentation with the Securities Exchange Commission ("SEC") that purports, indicates or in any way claims that Allan is an Officer, Director or ten percent (10%) shareholder of BRI.

4. That BRI shall not be required to post a bond since the conduct of Allan appears to be based on false, misleading and illegal information.

5. That an evidentiary hearing is set to determine whether the Temporary Restraining Order should be extended to a Preliminary Injunction pending trial in accordance with NRCP 65, for _Monday_, the 6th day of _March_, 2017, at 9:00 a.m.

This Temporary Restraining Order is entered this 21st day of February, 2017, at 3:40 p.m., and shall remain in effect for fifteen (15) days unless extended by the Court for good cause

2

or by the Parties through stipulation approved by this Court.

Dated this ___ Day of February, 2017.

By: _____
DISTRICT COURT JUDGE

Respectfully Submitted By:

Maupin, Cox & LeGoy

By: _____
Paul J. Anderson, NSB # 709
4785 Caughlin Parkway
Reno, NV 89519
Tel.: (775) 827-2000
Fax: (775) 827-2185
*Attorneys for Plaintiff*

3