# EXHIBIT 4

# EXHIBIT 4

FILED
Electronically
CV17-00360
2017-02-22 10:46:51 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 5961021

CASE NO. CV17-00360    **TITLE: BAKKEN RESOURCES INC V ALLAN HOLMS, ET AL**

## APPEARANCES - HEARING

| | |
|---|---|
| **DATE, JUDGE OFFICERS OF COURT PRESENT:** FEBRUARY 21, 2017 HONORABLE BRIDGET E. ROBB DEPT. NO. 13 B. HAYWARD (Clerk) CD RECORD BAILIFF: C. TURNER Page: 1 of 1 | **APPLICATION FOR TRO** Plaintiff, BAKKEN RESOURCES, INC. was present not present but was represented by counsel, PAUL J. ANDERSON, ESQ. Defendants, ALLAN HOLMS and MANUEL GRAIWER were neither present nor represented by counsel. **COUNSEL ANDERSON:** represented; that this is an ongoing matter in Department 7. Allan Holms has not been sued or mentioned as a defendant yet. Allan Holms has been representing himself to be the president of the Securities Exchange Commission when in fact he is not. Requests that the Court enter a Temporary Restraining Order. Allan Holms must still be served. **COURT ORDERED: This Court will discuss the use of judicial resources with Department 7. NRCP 65 has been met and a Temporary Restraining Order is appropriate. There is no bond necessary due to the egregious actions taken by the Defendant at this time.** A Preliminary Injunction Hearing shall be set on March 6, 2017 at 9:00 a.m. The Court signed the Proposed Order. |

B. HAYWARD
2/22/2017