# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Robison, Belaustegui, Sharp & Low, and that on this date I caused to be served an original of **NOTICE OF REMOVAL** on all parties to this action by the method(s) indicated below:

   ✓   by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

> Paul J. Anderson, Esq.
> Procter J. Hug, IV, Esq.
> Maupin Cox & LeGoy
> 4785 Caughlin Parkway
> Reno, Nevada 89519

_____ by using the Court's CM/ECF Electronic Notification System addressed to:

> Paul J. Anderson, Esq.
> Email: panderson@mcllawfirm.com
> Procter J. Hug, IV, Esq.
> Email: phugiv@mcllawfirm.com

_____ by personal delivery/hand delivery addressed to:

_____ by facsimile (fax) addressed to:

_____ by Federal Express/UPS or other overnight delivery addressed to:

DATED: This 17th day of March, 2017.

*/s/ Mary Carroll Davis*