PAUL J. ANDERSON, ESQ., NV State Bar No. 709
RICK R. HSU, Esq., NV State Bar No. 5374
MAUPIN, COX & LeGOY
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAKKEN RESOURCES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLAN G. HOLMS, an individual, MANUEL GRAIWER, and individual, DOES 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No.: 3:17-CV-00167-MMD-VPC<br><br>**NOTICE OF SUPPLEMENT OF RECORD** |

TO: United States District Court for the District of Nevada, Northern Division;

TO: Allan G. Holms, and his counsel of record, Frank C. Gilmore, Esq., Robinson, Belaustegui, Sharp & Low;

TO: Manuel Graiwer, and his counsel of record, Thomas Bradley, Esq., Sinai, Schroeder, Mooney, Boetsch, Bradley & Pace; and John A. Aberasturi, Esq., Erickson, Thorpe & Swainston, LTD.

Bakken Resources, Inc., a Nevada Corporation ("BRI" or "Plaintiff") hereby supplements the record from filings with the Second Judicial District Court which were omitted from the Notice of Removal submitted by counsel for Defendant, Allan G. Holms ("Holms"), Frank C.

Gilmore, Esq., on or about March 17, 2017. The omitted documents on file with the Clerk of the Second Judicial District Court include:

1. Order Extending Temporary Restraining Order entered by the Honorable Bridgette E. Robb, District Judge, on March 8, 2017, extending the Temporary Restraining Order entered in favor of BRI through March 28, 2017, attached hereto as Exhibit "1."

2. Acceptance of Service of Verified Complaint executed by Thomas Bradley, Esq., on behalf of Manuel Graiwer, dated March 16, 2017, attached hereto as Exhibit "2."

3. Summons and Affidavit of Substitute Service dated March 6, 2017, executed by B. Thomas of Elite Legal Services indicating substitute service of process was made on Holms on March 6, 2017 through an individual by the name of Mignon (last name not provided), a co-occupant at Allan G. Holms' residence located at 3625 W. West Drive, Spokane, Washington 99224, attached hereto as Exhibit "3."

Dated this 22nd day of March, 2017.

Maupin, Cox & LeGoy

By: _____
Paul J. Anderson, NSB # 709
Rick R. Hsu, Esq., NSB # 5374
4785 Caughlin Parkway
Reno, NV 89519
Tel.: (775) 827-2000
Fax: (775) 827-2185
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Maupin, Cox and LeGoy, and in such capacity and on the date indicated below, I caused to be served a true and correct copy of the foregoing document on the following e-filer who have agree to accept service of court filed documents within the CM/ECF System:

Frank B. Gilmore, Esq.
Robinson, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503

And via electronic transmission, addressed as follows:

Thomas C. Bradley, Esq.
Sinai, Schroeder, Mooney, Boetsch, Bradley & Pace
448 Hill Street
Reno, NV 89501
tom@tombradleylaw.com

John A. Aberasturi, Esq.
Erickson, Thorpe & Swainston, LTD.
99 West Arroyo Street
Reno, NV 89509
jaberasturi@etsreno.com

Dated this 22nd day of March, 2017.

_____
EMPLOYEE   Jennifer Salisbury



3

## INDEX OF EXHIBITS

| NO. | DESCRIPTION | PAGES |
|---|---|---|
| 1. | Order Extending Temporary Restraining Order | 2 |
| 2. | Acceptance of Service of Verified Complaint | 3 |
| 3. | Summons and Affidavit of Substitute Service | 3 |


MAUPIN COX LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520