# EXHIBIT 1

EXHIBIT 1

EXHIBIT 1

F I L E D
Electronically
CV17-00360
2017-03-08 09:19:54 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 5985517

Code:
PAUL J. ANDERSON, ESQ.
Nevada Bar No. 709
PROCTER J. HUG, IV, ESQ.
Nevada Bar No. 12403
MAUPIN, COX & LeGOY
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
*Attorneys for Plaintiff*

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

Case No.: CV17-00360

Dept. No.: B13

BAKKEN RESOURCES, INC., a Nevada corporation,

Plaintiffs,

vs.

ALLAN G. HOLMS, an individual, MANUEL GRAIWER, and individual, DOES 1-10 and ROE ENTITIES I-X,

Defendants.

### ORDER EXTENDING TEMPORARY RESTRAINING ORDER

The Court, having reviewed the Ex Parte Motion to Extend Temporary Restraining Order on Order Shortening Time filed by Plaintiff Bakken Resources, Inc., a Nevada Corporation ("BRI"), and good cause appearing for an extension of the Temporary Restraining Order this



Court entered on February 21, 2017 due to the presently unsuccessful attempts to serve Allan G. Holms, as well as the appearance that Mr. Holms is attempting to avoid service of process, IT IS HEREBY ORDERED:

1. The Temporary Restraining Order entered by this Court on February 21, 2017, is extended through and including March 28, 2017 at 11:59 p.m. The Court finds that although this extension exceeds 15 days as set forth in NRCP 65 (b), the extension is reasonable since BRI has not been able to perfect service of process on Allan Holms, and the above date is the first day available on the calendar for the Court to hear the Preliminary Injunction. All of the provisions of the Temporary Restraining Order entered on February 21, 2017, are hereby extended including, but not limited to, the finding that no bond be required of BRI.

2. The Court hereby sets a hearing to determine whether the Temporary Restraining Order should be extended to a Preliminary Injunction pending trial in accordance with NRCP 65 for Tuesday, the 28th day of March, 2017, at 11:00 a.m.

Dated this 8 day of March, 2017.

By: /s/ Bridget E. Robb
HONORABLE BRIDGET E. ROBB
DISTRICT ~~COURT~~ JUDGE

Case No. CV17-00360

Respectfully Submitted By:

Maupin, Cox & LeGoy

By: /s/ Paul J. Anderson
Paul J. Anderson, NSB # 709
4785 Caughlin Parkway
Reno, NV 89519
Tel.: (775) 827-2000
Fax: (775) 827-2185
*Attorneys for Plaintiff*


LAUPIN COX LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520