# EXHIBIT 2

# EXHIBIT 2

# EXHIBIT 2

MAUPIN, COX & LeGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

F I L E D
Electronically
CV17-00360
2017-03-16 02:15:45 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 6001494 : pmsewell

Code: 1005
PAUL J. ANDERSON, ESQ.
Nevada Bar No. 709
PROCTER J. HUG, IV, ESQ.
Nevada Bar No. 12403
MAUPIN, COX & LeGOY
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
*Attorneys for Plaintiff*

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

BAKKEN RESOURCES, INC., a Nevada corporation,

    Plaintiffs,

vs.

ALLAN G. HOLMS, an individual, MANUEL GRAIWER, and individual, DOES 1-10 and ROE ENTITIES I-X,

    Defendants.

Case No.: CV17-00360

Dept. No.: B13

## ACCEPTANCE OF SERVICE OF VERIFIED COMPLAINT

The undersigned, as attorney for MANUEL GRAIWER, Defendant herein, does hereby accept service of the Verified Complaint in the above-entitled matter.

///

///

///

///

AUPIN | COX | LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520

### NRS 239B.030 Affirmation

Pursuant to NRS 239B.030, the undersigned hereby affirms that this document does not contain the Social Security Number of any person.

Dated this 8 day of March, 2017.

                                      Sinai, Schroeder, Mooney, Boetsch,
                                      Bradley & Pace

                                      By: _____
                                      Thomas C. Bradley, NSB # 1621
                                      448 Hill St.
                                      Reno, NV  89501
                                      Tel.: (775) 323-5178
                                      Fax: (775) 323-0709
                                      *Attorneys for Defendant Manual Graiwer*

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that I am an employee of Maupin, Cox and LeGoy, and in such capacity and on the date indicated below, I served the foregoing document(s) as follows:

Via the E-Flex Electronic Filing System:

Thomas C. Bradley, Esq.
Sinai, Schroeder, Mooney, Boetsch,
Bradley & Pace
448 Hill Street
Reno, NV 89501

Dated this 16th day of March, 2017.

_____
EMPLOYEE

3