# EXHIBIT 3

EXHIBIT 3

EXHIBIT 3



ORIGINAL

F I L E D
Electronically
CV17-00360
2017-03-08 10:38:28 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 5985800 : csulezic

Code: 4085
PAUL J. ANDERSON, ESQ.
Nevada Bar No. 709
PROCTER J. HUG, IV, ESQ.
Nevada Bar No. 12403
MAUPIN, COX & LeGOY
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
*Attorneys for Plaintiff*

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| BAKKEN RESOURCES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLAN G. HOLMS, an individual, MANUEL GRAIWER, and individual, DOES 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No.: CV17-00360<br><br>Dept. No.: B13 |

**TO THE DEFENDANT: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU <u>RESPOND IN WRITING</u> WITHIN 20 DAYS. READ THE INFORMATION BELOW VERY CAREFULLY.**

A civil Complaint has been filed by the Plaintiffs against you for the relief as set forth in the Complaint.

1. If you intend to defend this lawsuit, you must do the following within 20 days after service of this Summons, exclusive of the day of service:



(a) File with the Clerk of the Court, whose address is shown below, a **formal written** response to the Complaint, along with the appropriate filing fee, in accordance with the rules of the Court; and

(b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiffs and this Court may enter judgment against you for the relief demanded in the Complaint.

**Affirmation Pursuant to NRS 239B.030**

Pursuant to NRS 239B.030, the undersigned hereby affirms that this document does not contain the Social Security Number of any person.

Dated this 22 day of February, 2017.

Issued on behalf of Plaintiff(s):

MAUPIN, COX & LeGOY

By: _____
Paul J. Anderson, NSB # 709
Procter J. Hug, IV, Esq., NSB #12403
4785 Caughlin Parkway
Reno, NV 89519
Tel.: (775) 827-2000
Fax: (775) 827-2185
*Attorneys for Plaintiff*

JACQUELINE BRYANT
CLERK OF COURT

By: _____
Deputy Clerk
Second Judicial District Court
75 Court Street
Reno, NV 89501



2

# SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE

BAKKEN RESOURCES, INC., A NEVADA CORPORATION

Plaintiff(s)

v.

ALLAN G. HOLMS, AN INDIVIDUAL, ET AL

Defendant(s)

CASE NUMBER: CV17-00360

**AFFIDAVIT OF SUBSTITUTE SERVICE**

I, B. Thomas, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **February 22, 2017** at approximately **11:07 AM**, Elite Legal Services received the within **SUMMONS; PLAINTIFF BAKKEN RESOURCES, INC.'S EX PARTE MOTION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR HEARING ON PRELIMINARY INJUNCTION; TEMPORARY RESTRAINING ORDER; VERIFIED COMPLAINT; EXHIBITS 1-15**.

On **March 03, 2017** at approximately **9:12 AM**, I served the above documents on **ALLAN G. HOLMS** by leaving the documents with **MIGNON (REFUSED LAST NAME)**, the **CO-OCCUPANT** of **ALLAN G. HOLMS**. The approximate description of **MIGNON (REFUSED LAST NAME)** is:

Sex: **Female** - Skin: **Caucasian** - Hair: **Black/White** - Age: **50-60** - Height: **5'** - Weight: **85 lbs**

Service was effected at **ALLAN G. HOLMS**'s usual place of abode, **3625 W. WEST DRIVE, SPOKANE, WA 99224** in **SPOKANE** county.

**COURT DATE:** 03/06/2017 **COURT TIME:** 9:00 AM

STATE OF _Wa_
COUNTY OF _Spokane_

Signed and sworn to before me on this _6_ day of _3_, 20_17_.

_____
Notary Public

X_____
B. Thomas
License(s): 1478

[Notary Seal: GAIL GRENIER SAUERLAND, NOTARY PUBLIC, STATE OF WASHINGTON, MY COMMISSION EXPIRES JUNE 20, 2017]

Elite Legal Services
1685 S. Colorado Blvd. Suite S-180
Denver, CO 80222
303-635-6934

Client Reference Number: **18911.000**
Lawyer Reference Number: **18911.000**
ELS Number: **44153**

MAUPIN, COX & LEGOY
4785 CAUGHLIN PARKWAY
RENO, NV 89519
Requestor: JENNIFER SALISBURY
(775) 827-2000, EXT. 134