PAUL J. ANDERSON, ESQ.
Nevada Bar No. 709
RICK R. HSU, ESQ.
Nevada Bar No. 5374
MAUPIN, COX & LeGOY
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAKKEN RESOURCES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLAN G. HOLMS, an individual, MANUEL GRAIWER, and individual, DOES 1-10 and ROE ENTITIES I-X,<br><br>Defendants. | Case No. 3:17-cv-00167-MMD-VPC<br><br>(State Court No. CV17-00360) |

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO ALLAN G. HOLMS'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiff, BAKKEN RESOURCES, INC., a Nevada Corporation hereby requests the Court to take judicial notice of certain documents as set forth herein. Rule 201 of the Federal Rules of Evidence allows a court to take judicial notice of adjudicative facts. "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known



within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed.R.Evid. 201(b).

A court may take judicial notice of a public record, but may not take judicial notice of a fact that is "subject to reasonable dispute." *Lee v. County of Los Angeles*, 240 F.3d 754, 775 (9th Cir. 2001). *In Insurance Co. of N. Am. v. Hilton Hotels U.S.A.*, 908 F. Supp. 809, 812, n.1 (D. Nev. 1995), this Court took judicial notice of the copies of the pleadings, motions, and discovery responses in the action and an underlying action that gave rise to a dispute over insurance coverage. Based on the foregoing, Plaintiff requests the Court to take judicial notice of the following:

1. The Notice of Shareholder Interest Pursuant to NRCP 23.1 filed by Allan Holms in the Second Judicial District Court of Nevada, Case No. CV14-00544, attached hereto as **Exhibit 1.**

2. The Template for Certificate of Service generated by the Second Judicial District Court of Nevada in Case No. CV14-00544, attached hereto as **Exhibit 2.**

3. The first two pages of the Case Summary generated by the Second Judicial District Court of Nevada in Case No. CV14-00544, attached hereto as **Exhibit 3.**

4. The Stipulation and Order for Consolidation of Cases and Continuance of Preliminary Injunction Hearing filed in the Second Judicial District Court of Nevada in Case No. Case No. CV16-01086 which was consolidated with and into Case No. CV14-00544, attached hereto as **Exhibit 4.**

5. The Order filed July 14, 2016 in the Second Judicial District Court of Nevada, Consolidated Case No. CV14-00544, attached hereto as **Exhibit 5.**

6. The Return of Notice of Electronic Filing and Proof of Service for the Order filed July 14, 2016 in the Second Judicial District Court of Nevada, Consolidated Case No. CV14-00544, attached hereto as **Exhibit 6.**

7. Various pages of the Transcript of Proceedings on August 9, 2016 in the Montana First Judicial District, County of Lewis and Clark, Cause No. DDV 2016-612, attached hereto as **Exhibit 7.**

8. The Temporary Restraining Order filed July 22, 2016 in the Second Judicial District Court of Nevada, Consolidated Case No. CV14-00544, attached hereto as **Exhibit 8.**

9. The Return of Notice of Electronic Filing and Proof of Service for the Temporary Restraining Order filed July 22, 2016 in the Second Judicial District Court of Nevada, Consolidated Case No. CV14-00544, attached hereto as **Exhibit 9.**

10. The Order Granting Temporary Restraining Order and Order to Show Cause filed July 22, 2016 in the Montana First Judicial District, County of Lewis and Clark, Cause No. DDV 2016-612, attached hereto as **Exhibit 10.**

11. The documents obtained from the Office of the Secretary of State of Nevada regarding Entity Number C15582-1999, A.A.T. & Associates, Inc., formerly known as Allan G. Holmes & Associates, Inc., attached hereto as **Exhibit 11.**

12. The documents obtained from the Office of the Secretary of State of Nevada regarding Entity Number E0074962010-8, Roil Energy, LLC, attached hereto as **Exhibit 12.**

13. The Out of State Commission and State of Washington Subpoena In a Civil Case issued to Empire Stock Transfer Company filed June 8, 2012 in the Second Judicial District Court of Nevada, Case No. CV12-01522, attached hereto as **Exhibit 13.**

14. The Out of State Commission and State of Washington Subpoena In a Civil Case issued to Nevada Agency and Transfer Company filed June 8, 2012 in the Second Judicial District Court of Nevada, Case No. CV12-01522, attached hereto as **Exhibit 14.**

15. The Minutes of the Hearing on Defendant's Motion for Preliminary Injunction 10-25-16 filed November 2, 2016 in the Second Judicial District Court of Nevada, Consolidated Case No. CV14-00544, attached hereto as **Exhibit 15**.

16. The Order Extending TRO and Granting Leave to File Counterclaim filed November 1, 2016 in the Second Judicial District Court of Nevada, Consolidated Case No. CV14-00544, attached hereto as **Exhibit 16.**

Dated this 30th day of March, 2017.

Maupin, Cox & LeGoy

By: _____
Paul J. Anderson
Nevada State Bar No. 709
Rick R. Hsu, Esq.
Nevada State Bar No. 5374
4785 Caughlin Parkway
Reno, NV  89519
Tel.: (775) 827-2000
Fax: (775) 827-2185
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Maupin, Cox and LeGoy, and in such capacity and on the date indicated below, I caused to be served a true and correct copy of the foregoing document on the following e-filer who have agree to accept service of court filed documents within the CM/ECF System:

Frank B. Gilmore, Esq.
Robinson, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503

And via electronic transmission, addressed as follows:

Thomas C. Bradley, Esq.
Sinai, Schroeder, Mooney, Boetsch, Bradley & Pace
448 Hill Street
Reno, NV 89501
tom@tombradleylaw.com

John A. Aberasturi, Esq.
Erickson, Thorpe & Swainston, LTD.
99 West Arroyo Street
Reno, NV 89509
jaberasturi@etsreno.com

Dated this 30th day of March, 2017.



_____
EMPLOYEE

5