# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1



F I L E D
Electronically
2015-11-23 02:59:29 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5248675 : csulezic

**2610**
Frank C. Gilmore, Esq.
Nevada Bar No. 10052
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Tel: (775) 329-3151
Fax: (775) 329-7941
Email: fgilmore@rbsllaw.com

Attorneys for Allan Holms

IN THE SECOND JUDICIAL DISTRICT COURT FOR THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| MANUEL GRAIWER AND T.J. JESKY, derivatively on behalf of BAKKEN RESOURCES, INC. a Nevada Corporation, | Case No.: CV14-00544 |
| | Dept. No.: B7 |
| Plaintiffs, | |
| vs. | |
| VAL HOLMS, an individual, HERMAN LANDEIS, an individual, KAREN MIDTLYNG, an individual, DAVID DEFFINBAUGH, an individual, BILL BABER, an individual, W. EDEARD NICHOLS, an individual, WESLEY PAUL, an individual, and DOES 1-100, | |
| Defendants. | |
| BAKKEN RESOURCES, INC., a Nevada Corporation, | |

## NOTICE OF SHAREHOLDER INTEREST PURSUANT TO NRCP 23.1

Allan Holms, by and through his undersigned attorneys, hereby requests notice of any proposed dismissal or compromise of the above-captioned lawsuit as required by NRCP 23.1. Mr. Holms is the owner of 355,000 shares of Bakken Resources, Inc. common stock represented by Stock Certificate No. 1351, a copy of which is attached hereto as **Exhibit 1**. Minority Shareholder Holms has reason to believe that the parties hereto may be engaged in confidential settlement discussions in an effort to resolve Plaintiffs Graiwer and Jesky's derivative claims against

Defendants on behalf of Bakken. As the owner of 355,000 shares of Bakken Resources, Inc. common stock, Minority Shareholder Holms desires to ensure that the outcome of Plaintiffs' derivative suit, including the settlement or compromise of Plaintiffs' claims, inures to the equal benefit of all of Bakken Resources, Inc.'s shareholders. To that end, Minority Shareholder Holms respectfully requests that notice of any proposed dismissal or compromise of Plaintiffs Graiwer and Jesky's derivative suit be served upon the undersigned attorney at the address stated above, as set forth in NRCP 23.1.

### **AFFIRMATION**

**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 23rd day of November, 2015.

ROBISON, BELAUSTEGUI, SHARP & LOW
a Professional Corporation
71 Washington Street
Reno, NV 89503

By_____
FRANK C. GILMORE, ESQ.
Nevada Bar No. 10052

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Robison, Belaustegui, Sharp & Low, and that on this date I caused to be served an original of **NOTICE OF SHAREHOLDER INTEREST** on all parties to this action by the method(s) indicated below:

✓ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

> Andrew David Kaizer, Esq.
> Calhoun & Lawrence, LLP
> 81 Main Street
> White Plains, New York 10601
>
> Joseph C. Pierzchala, Esq.
> Kendor P. Jones, Esq.
> Welborn, Sullivan, Meck & Tooley, P.C.
> 1125 17th Street, Suite 2200
> Denver, Colorado 80202
>
> Robert F. Greer, Esq.
> Francis James Gebhardt, Esq.
> Feltman, Gebhardt, Greer & Zeimantz, P.S.
> 421 West Riverside Avenue, Suite 1400
> Spokane, Washington 99201

✓ by using the Court's CM/ECF Electronic Notification System addressed to:

> John A. Aberasturi, Esq.
> Email: jaberasturi@etsreno.com
>
> Thomas C. Bradley, Esq.
> Email: tom@stockmarketattorney.com
>
> Matthew Addison, Esq.
> Email: Maddison@mcdonaldcarano.com
>
> Paul J. Anderson, Esq.
> Email: panderson@mclrenolaw.com
>
> Proctor Hug, IV, Esq.
> Email: phug@mclrenolaw.com
>
> Michael S. Kimmel, Esq.
> Email: mkimmel@nevadalaw.com
>
> Richard G. Verlander, Esq.
> Email: rgv@lge.net
>
> Douglas R. Brown, Esq.
> Email: drb@lge.net

Jack G. Angaran, Esq.
Email: jack@renotahoelaw.com

Mary-Ann LeBrun, Esq.
Email: mary-ann@renotahoelaw.com

____ by personal delivery/hand delivery addressed to:

____ by facsimile (fax) addressed to:

____ by Federal Express/UPS or other overnight delivery addressed to:

DATED: This 23rd day of November, 2015.

*/s/ Mary Carroll Davis*

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

## LIST OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 1 | Stock Certificate No. 1351 | 2 |

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

FILED
Electronically
2015-11-23 02:59:29 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5248675 : csulezic

# EXHIBIT 1

# EXHIBIT 1



The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations.

TEN COM - as tenants in common
TEN ENT - as tenants by the entireties
JT TEN - as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT - ............Custodian............
(Cust)           (Minor)
under Uniform Gifts to Minors
Act..................................................
(State)

Additional abbreviations may also be used though not in the above list.

For Value Received, _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)

_____Shares

of the capital stock represented by the within certificate, and do hereby irrevocably constitute and appoint

_____Attorney
to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated _____

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER

• NOTICE SIGNATURE GUARANTEED:

SIGNATURE(S) MUST BE GUARANTEED BY A FIRM WHICH IS A MEMBER OF A REGISTERED NATIONAL STOCK EXCHANGE, OR BY A BANK (OTHER THAN A SAVINGS BANK), OR A TRUST COMPANY. THE GUARANTEEING FIRM MUST BE A MEMBER OF THE *MEDALLION GUARANTEE PROGRAM*.

TRANSFER FEE WILL APPLY