# EXHIBIT 2

# EXHIBIT 2

# EXHIBIT 2



MCL
AUPIN COX LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520

Draft Template for Certificate of Service

Notice: Do not use this template if you are filing to a level 5 case or sealing your filing. Those documents will not be electronically served.

---

**Draft Template for Certificate of Service RE: CV14-00544**

| | |
|---|---|
| Case Number: | CV14-00544 |
| Judge: | HONORABLE PATRICK FLANAGAN |
| Court: | Second Judicial District Court - State of Nevada<br>Civil |
| Case Title: | CONS:MANUEL GRAIWER ET VS. VAL HOLMS ET AL (B7) |

---

This certificate was automatically generated by the courts auto-notification system.

Date Generated: 03-27-2017:13:46:15

---

I hereby certify that on 03-27-2017, I electronically filed the foregoing with the Clerk of the Court by using the electronic filing system which will send a notice of electronic filing to the following:

- THOMAS BRADLEY, ESQ. for MANUEL GRAIWER & T.J. JESKY OBO BAKKEN RESOURCES, INC.
- TODD ALEXANDER, ESQ. for VAL HOLMS
- PHILLIP STONE, ESQ. for BILL BABER, HERMAN LANDEIS, KAREN MIDTLYNG
- JOHN ABERASTURI, ESQ. for MANUEL GRAIWER & T.J. JESKY OBO BAKKEN RESOURCES, INC.
- FRANK GILMORE, ESQ. for ALLAN HOLMS
- ROBERT GREER II, ESQ. for BILL BABER, HERMAN LANDEIS, DAVID DEFFINBAUGH, VAL HOLMS, KAREN MIDTLYNG
- MATTHEW ADDISON, ESQ. for BAKKEN RESOURCES, INC
- CARYN TIJSSELING, ESQ. for VAL HOLMS
- DOUGLAS BROWN, ESQ. for VAL HOLMS
- PAUL ANDERSON, ESQ. for DAN ANDERSON, DOUGLAS L. WILLIAMS, WESLEY PAUL, SOLANGE CHARAS

The following people need to be notified:

- RICHARD G. VERLANDER, ESQ. for VAL HOLMS
- PROCTOR J. HUG, IV, ESQ. for DAN ANDERSON, DOUGLAS L. WILLIAMS, WESLEY PAUL, SOLANGE CHARAS
- JOSEPH CRAIG PIERZCHALA, ESQ. for VAL HOLMS
- FRANCIS (FRANK) JAMES GEBHARDT, ESQ. for BILL BABER, DAVID DEFFINBAUGH, KAREN MIDTLYNG