# EXHIBIT 3

# EXHIBIT 3

# EXHIBIT 3



MAUPIN | COX | LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520



**Second Judicial District Court**
State of Nevada
Washoe County

*Electronic Filing*

## Case Summary for Case: CV14-00544
### CONS:MANUEL GRAIWER ET VS. VAL HOLMS ET AL (B7)

| | | | |
|---|---|---|---|
| **Case Number** | CV14-00544 | **Plaintiff** | MANUEL GRAIWER & T.J. JESKY OBO BAKKEN RESOURCES, INC. |
| **Case Type** | FRAUD/MISREPRESENTATION | **Defendant** | DAN ANDERSON et al |
| **Opened** | 03-13-2014 | **Judge** | HONORABLE PATRICK FLANAGAN - Division B7 |
| **Status** | PENDACTIVE | | |

⊟ Show/Hide Participants

| Plaintiff[s] | Counsel of Record |
|---|---|
| MANUEL GRAIWER & T.J. JESKY OBO BAKKEN RESOURCES, INC. | JOHN A. ABERASTURI, ESQ. |
| | THOMAS CHARLES BRADLEY, ESQ. |

| Defendant[s] | Counsel of Record |
|---|---|
| DAN ANDERSON | PROCTOR J. HUG, IV, ESQ. |
| | PAUL J. ANDERSON, ESQ. |
| KAREN MIDTLYNG | PHILLIP M. STONE, ESQ. |
| | FRANCIS (FRANK) JAMES GEBHARDT, ESQ. |
| | ROBERT FRANKLIN GREER II, ESQ. |
| WESLEY PAUL | PROCTOR J. HUG, IV, ESQ. |
| | PAUL J. ANDERSON, ESQ. |
| SOLANGE CHARAS | PROCTOR J. HUG, IV, ESQ. |
| | PAUL J. ANDERSON, ESQ. |
| VAL HOLMS | TODD R. ALEXANDER, ESQ. |
| | DOUGLAS R. BROWN, ESQ. |
| | CARYN S. TIJSSELING, ESQ. |
| | JOSEPH CRAIG PIERZCHALA, ESQ. |
| | RICHARD G. VERLANDER, ESQ. |
| | ROBERT FRANKLIN GREER II, ESQ. |
| HERMAN LANDEIS | PHILLIP M. STONE, ESQ. |
| | ROBERT FRANKLIN GREER II, ESQ. |
| DAVID DEFFINBAUGH | FRANCIS (FRANK) JAMES GEBHARDT, ESQ. |
| | ROBERT FRANKLIN GREER II, ESQ. |
| BILL BABER | PHILLIP M. STONE, ESQ. |
| | FRANCIS (FRANK) JAMES GEBHARDT, ESQ. |
| | ROBERT FRANKLIN GREER II, ESQ. |

| | |
|---|---|
| DOUGLAS L. WILLIAMS | PROCTOR J. HUG, IV, ESQ. |
| | PAUL J. ANDERSON, ESQ. |
| **Real Party in Interest[s]** | **Counsel of Record** |
| BAKKEN RESOURCES, INC | MATTHEW CHRISTOPHER ADDISON, ESQ. |
| ALLAN HOLMS | FRANK C. GILMORE, ESQ. |

| File Date | Case History |
|---|---|
| 01-24-2017 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 5914729 - Approved By: NOREVIEW : 01-24-2017:16:55:03 |
| 01-24-2017<br>Plaintiff | Motion<br>Filed by: THOMAS CHARLES BRADLEY, ESQ.<br>Motion ... PLAINTIFFS MOTION FOR COURT APPROVAL AND DETERMINATION OF GOOD FAITH SETTLEMENT - Transaction 5914414 - Approved By: CSULEZIC : 01-24-2017:16:53:39<br>- Exhibit 1<br>- Exhibit 2 |
| 01-18-2017 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 5903977 - Approved By: NOREVIEW : 01-18-2017:16:29:46 |
| 01-18-2017 | ***Minutes<br>Filed<br>***Minutes STATUS HEARING - Transaction 5903973 - Approved By: NOREVIEW : 01-18-2017:16:28:49 |
| 01-18-2017 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 5903182 - Approved By: NOREVIEW : 01-18-2017:14:14:07 |
| 01-18-2017 | Stip and Order<br>Filed<br>Stip and Order... TO VACATE TRIAL DATE [IN FAVOR OF BACKUP TRIAL DATE - 10.09.17 - ks] - Transaction 5903173 - Approved By: NOREVIEW : 01-18-2017:14:12:56 |
| 01-03-2017 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 5880703 - Approved By: NOREVIEW : 01-03-2017:10:39:44 |
| 01-03-2017<br>Defendant | Suggestion of Death on Record<br>Filed by: PAUL J. ANDERSON, ESQ.<br>Suggestion of Death on Record NOTICE OF SUGGESTION OF DEATH ON THE RECORD - Transaction 5880600 - Approved By: CSULEZIC : 01-03-2017:10:38:30 |
| 12-15-2016 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 5856857 - Approved By: NOREVIEW : 12-15-2016:15:04:14 |
| 12-15-2016<br>Defendant | Notice of Early Case Conferenc<br>Filed by: PAUL J. ANDERSON, ESQ.<br>Notice of Early Case Conferenc NOTICE OF EARLY CASE CONFERENCE - Transaction 5856853 - Approved By: NOREVIEW : 12-15-2016:15:03:13 |
| 12-05-2016 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 5837231 - Approved By: NOREVIEW : 12-05-2016:16:56:20 |
| 12-05-2016<br>Defendant | Counterclaim<br>Filed by: PAUL J. ANDERSON, ESQ.<br>Counterclaim DEFENDANT'S COUNTERCLAIM - Transaction 5836898 - Approved By: CSULEZIC : 12-05-2016:16:54:47 |
| 11-02-2016 | Notice of Electronic Filing<br>Filed<br>Proof of Electronic Service Transaction 5787635 - Approved By: NOREVIEW : 11-02-2016:15:19:03 |
| 11-02-2016 | ***Minutes<br>Filed<br>***Minutes HEARING IN RE: DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION - 10-25-16 - Transaction 5787630 - Approved By: NOREVIEW : 11-02-2016:15:16:01 |
| 11-02-2016 | Notice of Electronic Filing |