# EXHIBIT 4

# EXHIBIT 4

# EXHIBIT 4



FILED
Electronically
CV14-00544
2016-06-15 11:43:16 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 5563072

Douglas R. Brown, Esq., NSB #7620
Todd R. Alexander, Esq., NSB #10846
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868
Attorneys for Defendant, VAL HOLMS

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| VAL HOLMS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BAKKEN RESOURCES, INC., a Nevada corporation, DAN ANDERSON, an individual, KAREN MIDTLYNG, an individual, HERMAN R. LANDEIS, an individual, BILL M. BABER, an individual, SOLANGE CHARAS, an individual, DOUGLAS L. WILLIAMS, <br><br> Defendants. | Case No.   CV16-01086 <br> Dept. No.   B9 <br><br> Hereafter Consolidated with and into: <br><br> Case No.   CV14-00544 <br> Dept. No.   B7 |

### STIPULATION AND ORDER FOR CONSOLIDATION OF CASES AND CONTINUANCE OF PRELIMINARY INJUNCTION HEARING

IT IS HEREBY STIPULATED among all parties having appeared in this action, all parties acting through their undersigned counsel, that the above-entitled action (Case No. CV16-01086) shall be consolidated with and into Case No. CV14-00544, which is currently pending in Department B7 of this Court.

///
///
///
///
///

LEMONS, GRUNDY
& EISENBERG
6005 PLUMAS ST.
SUITE 300
RENO, NV 89519
(775) 786-6868

1

1  IT IS FURTHER STIPULATED that the preliminary injunction hearing previously
2  scheduled in Case No. CV16-01086 to take place on June 21, 2016 in Department B9 is
3  continued, and will now be heard in Department B7 on June 27, 2016, at 10:00am.

4  The undersigned does hereby affirm that the preceding document does not contain
5  the social security number of any person.

6  Dated: June 14th, 2016.              Dated: June 14th, 2016.
7  Maupin, Cox & LeGoy                  Lemons, Grundy & Eisenberg

8
9  By: _____        By: _____
       Paul J. Anderson, Esq.                 Todd R. Alexander, Esq.
10     Attorneys for Bakken Resources, Inc.   Attorneys for Val Holms

11
                              **ORDER**
12
   IT IS SO ORDERED.
13 Dated: 6/15/, 2016.

14

15 _____
   District Judge Scott Freeman
16
17 Dated: June 15, 2016.

18
   _____
19 District Judge Patrick Flanagan

20
21
22
23
24
25
26
27
28

LEMONS, GRUNDY
& EISENBERG
6005 PLUMAS ST.
SUITE 300
RENO, NV 89519
(775) 786-6868

2