# EXHIBIT 6

# EXHIBIT 6

# EXHIBIT 6



MAUPIN COX LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520

FILED
Electronically
CV14-00544
2016-07-14 01:42:37 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5608955

# Return Of NEF

| Recipients | |
|---|---|
| TODD ALEXANDER, ESQ. | - Notification received on 2016-07-14 13:42:35.76. |
| JACK ANGARAN, ESQ. | - Notification received on 2016-07-14 13:42:35.838. |
| MARY-ANN LEBRUN, ESQ. | - Notification received on 2016-07-14 13:42:35.713. |
| PHILLIP STONE, ESQ. | - Notification received on 2016-07-14 13:42:36.025. |
| THOMAS BRADLEY, ESQ. | - Notification received on 2016-07-14 13:42:35.526. |
| PAUL ANDERSON, ESQ. | - Notification received on 2016-07-14 13:42:35.65. |
| MATTHEW ADDISON, ESQ. | - Notification received on 2016-07-14 13:42:35.588. |
| JOHN ABERASTURI, ESQ. | - Notification received on 2016-07-14 13:42:35.463. |
| ROBERT GREER II, ESQ. | - Notification received on 2016-07-14 13:42:35.962. |
| CARYN TIJSSELING, ESQ. | - Notification received on 2016-07-14 13:42:36.087. |
| FRANK GILMORE, ESQ. | - Notification received on 2016-07-14 13:42:35.9. |
| DOUGLAS BROWN, ESQ. | - Notification received on 2016-07-14 13:42:36.15. |

## \*\*\*\*\*\* IMPORTANT NOTICE - READ THIS INFORMATION \*\*\*\*\*
## PROOF OF SERVICE OF ELECTRONIC FILING

**A filing has been submitted to the court RE:** CV14-00544

**Judge:**

HONORABLE PATRICK FLANAGAN

| | |
|---|---|
| **Official File Stamp:** | 07-14-2016:13:41:07 |
| **Clerk Accepted:** | 07-14-2016:13:41:49 |
| **Court:** | Second Judicial District Court - State of Nevada Civil |
| **Case Title:** | CONS:MANUEL GRAIWER ET VS. VAL HOLMS ET AL (B7) |
| **Document(s) Submitted:** | Order... |
| **Filed By:** | Judicial Asst. KSims |

You may review this filing by clicking on the following link to take you to your cases.

This notice was automatically generated by the courts auto-notification system.

If service is not required for this document (e.g., Minutes), please disregard the below language.

**The following people were served electronically:**

MARY-ANN LEBRUN, ESQ. for DAVID DEFFINBAUGH, KAREN MIDTLYNG, BILL BABER, HERMAN LANDEIS

MATTHEW CHRISTOPHER ADDISON, ESQ. for BAKKEN RESOURCES, INC

JOHN A. ABERASTURI, ESQ. for MANUEL GRAIWER & T.J. JESKY OBO BAKKEN RESOURCES, INC.

ROBERT FRANKLIN GREER II, ESQ. for DAVID DEFFINBAUGH, KAREN MIDTLYNG, BILL BABER, VAL HOLMS, HERMAN LANDEIS

CARYN S. TIJSSELING, ESQ. for VAL HOLMS

PAUL J. ANDERSON, ESQ. for SOLANGE CHARAS, DOUGLAS L. WILLIAMS, DAN ANDERSON, WESLEY PAUL

DOUGLAS R. BROWN, ESQ. for VAL HOLMS

JACK GABRIEL ANGARAN, ESQ. for DAVID DEFFINBAUGH, KAREN MIDTLYNG, BILL BABER, HERMAN LANDEIS

PHILLIP M. STONE, ESQ. for KAREN MIDTLYNG, BILL BABER, HERMAN LANDEIS

TODD R. ALEXANDER, ESQ. for VAL HOLMS

FRANK C. GILMORE, ESQ. for ALLAN HOLMS

THOMAS CHARLES BRADLEY, ESQ. for MANUEL GRAIWER & T.J. JESKY OBO BAKKEN RESOURCES, INC.

**The following people have not been served electronically and must be served by traditional means** (see Nevada Electronic Filing Rules.):

PROCTOR J. HUG, IV, ESQ. for SOLANGE CHARAS, DOUGLAS L. WILLIAMS, DAN ANDERSON, WESLEY PAUL

FRANCIS (FRANK) JAMES GEBHARDT, ESQ. for DAVID DEFFINBAUGH, KAREN MIDTLYNG, BILL BABER

RICHARD G. VERLANDER, ESQ. for VAL HOLMS

JOSEPH CRAIG PIERZCHALA, ESQ. for VAL HOLMS