# EXHIBIT 7

# EXHIBIT 7

# EXHIBIT 7



MAUPIN COX LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520

```
          MONTANA FIRST JUDICIAL DISTRICT

             COUNTY OF LEWIS AND CLARK
             * * * * * * * * * *


BAKKEN RESOURCES, INC.,    )
                           )
                           )
         PLAINTIFF,        )
                           )
         VS.               )   CAUSE NO. DDV 2016-612
                           )
VAL M. HOLMS, et al.,      )
                           )
         DEFENDANTS.       )
                           )
_____
```

TRANSCRIPT OF PROCEEDINGS

Before the Honorable James Reynolds, Judge Presiding

```
     Date and time:     Tuesday, August 9, 2016
                        2:00 p.m.

     Place:             Lewis & Clark County
Courthouse
                        228 Broadway
                        Helena, MT 59601



              YVETTE M. HEINZE, CSR, RPR
         Official Reporter, First Judicial District
                228 Broadway, Second Floor
                    Helena, MT 59601
                    (406) 447-8238
```

YVETTE M. HEINZE, CSR, RPR, OFFICIAL REPORTER

```
 1                        APPEARANCES

 2
     For the Plaintiff:
 3
             OLIVER H. GOE
 4           BROWNING, KALECZYC, BERRY, & HOVEN, P.C.
             800 N. Last Chance Gulch, #101
 5           Helena, MT 59601

 6


 7
     For the Defendant:
 8
             JOHN C. DOUBEK
 9           DOUBEK, PYFER & FOX, LLP
             307 N. Jackson Street
10           Helena, MT 59602

11


12
     Also present:
13
             WESLEY PAUL
14           ALLAN HOLMS

15

16

17

18

19

20

21

22

23

24

25

                    YVETTE M. HEINZE, CSR, RPR, OFFICIAL REPORTER
```

**INDEX**

| WITNESS | PAGE |
|---|---|
| ALLAN HOLMS | |
|    DIRECT EXAMINATION BY MR. DOUBEK | 61 |
|    CROSS-EXAMINATION BY MR. GOE | 88 |
|    REDIRECT EXAMINATION BY MR. DOUBEK | 101 |
| TOBY DEWOLF | |
|    DIRECT EXAMINATION BY MR. DOUBEK | 102 |
|    CROSS-EXAMINATION BY MR. GOE | 103 |
| DAN ANDERSON | |
|    DIRECT EXAMINATION BY MR. DOUBEK | 105 |
|    CROSS-EXAMINATION BY MR. GOE | 133 |
|    REDIRECT EXAMINATION BY MR. DOUBEK | 137 |

\* \* \* \* \*

**EXHIBITS**

| NUMBER | PAGE |
|---|---|
| Exhibit 15 | 34 |

\* \* \* \* \*

| | |
|---|---|
| recess | 61 |

1  for you to do is go to your attorney in Missoula, sit
2  down and explain the facts to him, and then have him
3  recommend what you should do."
4      He did that, and the attorney --
5      MR. GOE:  Objection.  Lack of foundation.
6      THE COURT:  Sustained.
7  BY MR. DOUBEK:
8      Q.   Who is his attorney?
9      A.   Milt Datsopoulos.
10     Q.   And so as a result of that, you came to
11 receive his proxy?
12     A.   He e-mailed it to me.
13     Q.   And how did you receive the other proxies?
14 Did you call them up and solicit those?
15     A.   No.  No.  I was in the court in Reno, and
16 Manny Graiwer said, "Why don't you help me out here,
17 Allan.  I am going to Europe for a month."
18     I said, "How am I going to do that?"
19     He said, "I will just give you my proxy."
20     So he gave me his proxy, so now I have two
21 proxies.
22     Q.   And how did the rest of them come to be in
23 your possession?
24     A.   The rest of them, I'm assuming, through Val
25 and his family.  There's a lot of family members here

## REPORTER'S CERTIFICATE

I, Yvette M. Heinze, a Registered Professional Reporter, residing in the City of Helena, State of Montana, hereby certify:

That prior to being examined, the witnesses named in the foregoing proceeding were sworn to testify to the truth, the whole truth, and nothing but the truth;

That the said proceeding, taken down by me in stenotype, was thereafter reduced to typewriting by computer-aided transcription under my direction and is a true record of the testimony given.

I further certify that I am not in any way interested in the outcome of this action and that I am not related to any of the parties thereto.

Witness my hand this 13th day of November, 2016.

*[Signature]*
YVETTE M. HEINZE, CSR, RPR

YVETTE M. HEINZE, CSR, RPR, OFFICIAL REPORTER