# EXHIBIT 9

# EXHIBIT 9

# EXHIBIT 9



FILED
Electronically
CV14-00544
2016-07-22 04:35:52 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5623723

# Return Of NEF

| Recipients | |
|---|---|
| TODD ALEXANDER, ESQ. | - Notification received on 2016-07-22 16:35:44.952. |
| JACK ANGARAN, ESQ. | - Notification received on 2016-07-22 16:35:45.717. |
| MARY-ANN LEBRUN, ESQ. | - Notification received on 2016-07-22 16:35:44.905. |
| PHILLIP STONE, ESQ. | - Notification received on 2016-07-22 16:35:47.636. |
| THOMAS BRADLEY, ESQ. | - Notification received on 2016-07-22 16:35:42.893. |
| PAUL ANDERSON, ESQ. | - Notification received on 2016-07-22 16:35:44.016. |
| MATTHEW ADDISON, ESQ. | - Notification received on 2016-07-22 16:35:43.767. |
| JOHN ABERASTURI, ESQ. | - Notification received on 2016-07-22 16:35:42.659. |
| ROBERT GREER II, ESQ. | - Notification received on 2016-07-22 16:35:46.403. |
| CARYN TIJSSELING, ESQ. | - Notification received on 2016-07-22 16:35:49.477. |
| FRANK GILMORE, ESQ. | - Notification received on 2016-07-22 16:35:45.748. |
| DOUGLAS BROWN, ESQ. | - Notification received on 2016-07-22 16:35:49.757. |

## \*\*\*\*\*\* IMPORTANT NOTICE - READ THIS INFORMATION \*\*\*\*\*
## PROOF OF SERVICE OF ELECTRONIC FILING

**A filing has been submitted to the court RE:** CV14-00544

**Judge:**

HONORABLE PATRICK FLANAGAN

| | |
|---|---|
| **Official File Stamp:** | 07-22-2016:16:34:07 |
| **Clerk Accepted:** | 07-22-2016:16:34:55 |
| **Court:** | Second Judicial District Court - State of Nevada Civil |
| **Case Title:** | CONS:MANUEL GRAIWER ET VS. VAL HOLMS ET AL (B7) |
| **Document(s) Submitted:** | Temporary Restraining Order |
| **Filed By:** | Judicial Asst. KSims |

You may review this filing by clicking on the following link to take you to your cases.

This notice was automatically generated by the courts auto-notification system.

If service is not required for this document (e.g., Minutes), please disregard the below language.

**The following people were served electronically:**

> JOHN A. ABERASTURI, ESQ. for MANUEL GRAIWER & T.J. JESKY OBO BAKKEN RESOURCES, INC.
>
> TODD R. ALEXANDER, ESQ. for VAL HOLMS
>
> ROBERT FRANKLIN GREER II, ESQ. for KAREN MIDTLYNG, HERMAN LANDEIS, DAVID DEFFINBAUGH, VAL HOLMS, BILL BABER
>
> CARYN S. TIJSSELING, ESQ. for VAL HOLMS
>
> THOMAS CHARLES BRADLEY, ESQ. for MANUEL GRAIWER & T.J. JESKY OBO BAKKEN RESOURCES, INC.

JACK GABRIEL ANGARAN, ESQ. for KAREN MIDTLYNG, HERMAN LANDEIS, DAVID DEFFINBAUGH, BILL BABER

MATTHEW CHRISTOPHER ADDISON, ESQ. for BAKKEN RESOURCES, INC

PHILLIP M. STONE, ESQ. for KAREN MIDTLYNG, HERMAN LANDEIS, BILL BABER

FRANK C. GILMORE, ESQ. for ALLAN HOLMS

DOUGLAS R. BROWN, ESQ. for VAL HOLMS

MARY-ANN LEBRUN, ESQ. for KAREN MIDTLYNG, HERMAN LANDEIS, DAVID DEFFINBAUGH, BILL BABER

PAUL J. ANDERSON, ESQ. for DAN ANDERSON, SOLANGE CHARAS, DOUGLAS L. WILLIAMS, WESLEY PAUL

**The following people have not been served electronically and must be served by traditional means** (see Nevada Electronic Filing Rules.):

JOSEPH CRAIG PIERZCHALA, ESQ. for VAL HOLMS

FRANCIS (FRANK) JAMES GEBHARDT, ESQ. for KAREN MIDTLYNG, DAVID DEFFINBAUGH, BILL BABER

RICHARD G. VERLANDER, ESQ. for VAL HOLMS

PROCTOR J. HUG, IV, ESQ. for DAN ANDERSON, SOLANGE CHARAS, DOUGLAS L. WILLIAMS, WESLEY PAUL