# EXHIBIT 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT 11

# EXHIBIT 11



MAUPIN | COX | LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520

**STATE OF NEVADA**



*BARBARA K. CEGAVSKE*
Secretary of State

*KIMBERLEY PERONDI*
Deputy Secretary
for Commercial Recordings

*Commercial Recordings Division*
202 N. Carson Street
Carson City, NV 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138

**OFFICE OF THE**
**SECRETARY OF STATE**

## Copy Request

March 22, 2017

**Job Number:**        C20170322-0881
**Reference Number:**  00010584913-21
**Expedite:**
**Through Date:**

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| C15582-1999-001 | Articles of Incorporation | 4 Pages/1 Copies |
| C15582-1999-006 | Annual List | 1 Pages/1 Copies |
| C15582-1999-003 | Amendment | 2 Pages/1 Copies |
| C15582-1999-007 | Annual List | 1 Pages/1 Copies |
| C15582-1999-005 | Annual List | 1 Pages/1 Copies |
| C15582-1999-004 | Annual List | 1 Pages/1 Copies |
| C15582-1999-002 | Annual List | 1 Pages/1 Copies |
| 20060310565-38 | Registered Agent Resignation | 5 Pages/1 Copies |
| 20080064431-38 | Reinstatement | 1 Pages/1 Copies |
| 20080064437-94 | Acceptance of Registered Agent | 1 Pages/1 Copies |
| 20080545234-43 | Annual List | 1 Pages/1 Copies |
| 20090503728-56 | Annual List | 1 Pages/1 Copies |
| 20100536595-66 | Annual List | 1 Pages/1 Copies |
| 20110418886-09 | Annual List | 1 Pages/1 Copies |
| 20120451314-13 | Annual List | 1 Pages/1 Copies |
| 20130417634-81 | Annual List | 1 Pages/1 Copies |
| 20140445061-67 | Annual List | 1 Pages/1 Copies |
| 20150311972-71 | Annual List | 1 Pages/1 Copies |
| 20160294736-50 | Annual List | 1 Pages/1 Copies |
| 20170107375-53 | Amended List | 1 Pages/1 Copies |

Respectfully,

BARBARA K. CEGAVSKE
Secretary of State

$125
on

FILED # C15582-99

JUN 2 3 1999

IN THE OFFICE OF
Dean Heller
DEAN HELLER SECRETARY OF STATE

*Articles of Incorporation*
*of*
*Allan G. Holms & Associates, Inc.*

The undersigned incorporator, desiring to form a corporation pursuant to the laws of the State of Nevada, adopts the following Articles of Incorporation for such corporation:

### ARTICLE I

### NAME

The name of the Corporation is ALLAN G. HOLMS & ASSOCIATES, INC.

### ARTICLE II

### AUTHORIZED CAPITAL

The Corporation shall have the authority to issue a total of 25,000 shares of common stock with no par value.

### ARTICLE III

### RESIDENT AGENT

The name and address of the Corporation's initial resident agent is Jolley, Urga, Wirth & Woodbury, 3800 Howard Hughes Parkway, Suite 1600, Las Vegas, Nevada, 89109.

### ARTICLE IV

### PURPOSE

The purpose for which the corporation is organized is to engage in any lawful activity.

### ARTICLE V

### INITIAL BOARD OF DIRECTORS

The members of the governing board of the Corporation shall be styled directors. The initial board of directors shall consist of one (1) director, and the name and address of the person who shall serve as the director until the first annual meeting of shareholders, or until his successor is elected and qualified, is:

N:\UGH\Corp\AlanHolms 5881-019\Articles.wpd

| Name | Address |
|------|---------|
| Judi Herring | 3800 Howard Hughes Parkway<br>Suite 1600<br>Las Vegas, Nevada  89109 |

The number of directors may be increased or decreased from time to time in the manner provided in the bylaws of the Corporation.

## ARTICLE VI

### INDEMNIFICATION

The Corporation shall indemnify any person who was or is a party or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative, including an action by or in the right of the Corporation, by reason of the fact that he or she is or was a director, officer, employee or agent of the Corporation, or is or was serving at the request of the Corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise, against expenses, including attorneys' fees, judgments, fines and amounts paid in settlement actually and reasonably incurred by him or her in connection with the action, suit or proceeding if he or she acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interests of the Corporation, and, with respect to any criminal action or proceeding, had no reasonable cause to believe his or her conduct was unlawful.

## ARTICLE VII

### LIMITATION OF DIRECTOR LIABILITY

No director of the Corporation shall be personally liable to the Corporation or its shareholders for monetary damages for breach of fiduciary duty as a director; provided, however, that this Article VI shall not eliminate or limit the liability of a director to the extent provided by applicable law for (i) acts or omissions which involve intentional misconduct, fraud or a knowing violation of law; or (ii) authorizing the unlawful payment of any dividend or other distribution in violation of Section 78.300 of the Nevada Revised Statutes.  The limitation of liability provided

herein shall continue after a director has ceased to occupy such position as to acts or omissions occurring during such director's term or terms of office, and no amendment or repeal of this Article VI shall apply to or have any effect on the liability or alleged liability of any director of the Corporation for or with respect to any acts or omissions of such director occurring prior to such amendment or repeal.

## ARTICLE VIII

### INCORPORATORS

The name and address of the incorporator is:

| Name | Address |
| --- | --- |
| Judi Herring | 3800 Howard Hughes Parkway Suite 1600 Las Vegas, Nevada  89109 |

All powers, duties and responsibilities of the incorporator shall cease upon the filing of these Articles of Incorporation by the Secretary of State of Nevada.

DATED this 23 day of June 1999.

Judi Herring

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK )

On this 23 day of June 1999, before me, the undersigned, a Notary Public in and for the County of Clark, State of Nevada, duly commissioned and sworn, personally appeared Judi Herring, known (or proved) to me to be the person who executed the above instrument, and who acknowledged to me that she executed the same freely and voluntarily and for the uses and purposes therein mentioned.

Diane L. Anderson
NOTARY PUBLIC

RECEIVED
JUN 2 3 1999
SECRETARY OF STATE



DIANE L. ANDERSON
Notary Public - Nevada
No. 94-9861-1
My appt. exp. 08 - 22 - 2002

N:\JGH\Corp\AlanHolms 5881-019\Articles.wpd                    -3-

FILED # C15582-99 

JUN 2 3 1999

IN THIS OFFICE OF
Dean Heller SECRETARY OF STATE

### CERTIFICATE OF ACCEPTANCE
### OF APPOINTMENT BY RESIDENT AGENT

In the matter of ALLAN G. HOLMS & ASSOCIATES, INC., we, JOLLEY, URGA, WIRTH &

WOODBURY, with address at 3800 Howard Hughes Parkway, Suite 1600, Clark County, Las

Vegas, Nevada, 89109, hereby accept the appointment as Resident Agent of the above-entitled

corporation in accordance with NRS 78.090.

IN WITNESS WHEREOF, we hereunto set our hand this 23RD day of June 1999.

JOLLEY, URGA, WIRTH & WOODBURY

By: _____  _____
    For the firm                Resident Agent

RECEIVED

JUN 2 3 1999

SECRETARY OF STATE

INITIAL ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ FILE NUMBER
ALLAN G. HOLMS & ASSOCIATES, INC. ~~~~~~~~~~~~~~ C15513-99

| | (Name of Corporation) | | |
|---|---|---|---|
| A __NEVADA__ | | __June 1999__ | __2000__ |
| (State of Incorporation) | CORPORATION | FOR THE FILING PERIOD | TO |

The Corporation's duly appointed Resident Agent, in the State
of Nevada upon whom process can be served is:

JOLLEY URGA WIRTH & WOODBURY
3800 HOWARD HUGHES PARKWAY
SUITE 1600
LAS VEGAS  NV  89109

FOR OFFICE USE ONLY
FILED (DATE)

**FILED**

NOV 1 7 1999

Dean Heller
Secretary of State

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.

1. Print or type names and addresses, either residence or business, for all officers and directors. A president secretary, treasurer and at least one director must be named.
2. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED.
3. Return the completed form with the $85.00 filing fee. A $15.00 penalty must be added for failure to file this form by the 1st day of the 2nd month following incorporation date.
4. Make your check payable to the Secretary of State. Your canceled check will constitute a certificate to transact business per NRS 78.155. If you need the below attachment file stamped, enclose a self-addressed stamped envelope. To receive a certified copy, enclose a copy of this completed form, an additional $10.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 101 North Carson Street, Suite 3, Carson City, NV 89701-4786, (775) 684-5708

FILING FEE: $85.00          LATE PENALTY: $15.00

THIS FORM MUST BE FILED BY THE 1st DAY OF THE 2nd MONTH FOLLOWING INCORPORATION DATE

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| ALLAN G. HOLMS | **PRESIDENT** / **DIRECTOR** | | | |
| PO BOX | STREET ADDRESS 1314 S. Grand #2-112 | CITY Spokane | ST. WA | 99202 |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| ALLAN G. HOLMS | **SECRETARY** | | | |
| PO BOX | STREET ADDRESS 1314 S. Grand #2-112 | CITY Spokane | ST. WA | 99202 |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| ALLAN G. HOLMS | **TREASURER** | | | |
| PO BOX | STREET ADDRESS 1314 S. Grand #2-112 | CITY Spokane | ST. WA | 99202 |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| ALLAN G. HOLMS | **DIRECTOR** | | | |
| PO BOX | STREET ADDRESS 1314 S. GRAND #2-N2 | CITY SPOKANE | ST. WA | ZIP 99202 |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| | **DIRECTOR** | | | |
| PO BOX | STREET ADDRESS | CITY | ST. | ZIP |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| | **DIRECTOR** | | | |
| PO BOX | STREET ADDRESS | CITY | ST. | ZIP |

I hereby certify this initial list.

X Signature of officer   _Allan G. Holms_          _President_          _11/10/99_
                                                    Title(s)              Date



FEB 0 3 2000

CERTIFICATE OF AMENDMENT OF
ARTICLES OF INCORPORATION
OF
*Allan G. Holms & Associates, Inc.*

I, the undersigned, Allan G. Holms, President and Secretary of  Allan G. Holms &
Associates, Inc., do hereby certify:

That the Board of Directors of the Corporation by written consent dated December 28,
1999, adopted a resolution to amend the original articles as follows:

ARTICLE I is hereby amended to read as follows:

ARTICLE I

NAME

The name of the corporation is:

A. A. T. & ASSOCIATES, INC.

The number of shares of the corporation outstanding and entitled to vote on an
amendment to the Articles of Incorporation is 1,000; that the said change and amendment has
been consented to and approved by the vote of the stockholders holding at least a majority of
each class of stock outstanding and entitled to vote thereon.

DATED this 28 day of December 1999.

ALLAN G. HOLMS & ASSOCIATES, INC.

By _Allan G Holms_

Its _Pres._

Cert_Amend.doc:N:\UGH\Corp\AllanHolms 5881-019\CertAmend.wpd

STATE OF WASHINGTON )
                       )   ss.

COUNTY OF *Spokane* )

On this ___28___ day of December 1999, before me, the undersigned, a Notary

Public in and for the County of *Spokane*, State of Washington, duly commissioned

and sworn, personally appeared Allan G. Holms, known (or proved) to me to be the President

and Secretary of Allan G. Holms & Associates, Inc. that executed the within instrument and

known to me to be the person who affixed his name thereto as such President and Secretary, and

who acknowledged to me that he executed the same freely and voluntarily and for the uses and

purposes therein mentioned.

                                   NOTARY PUBLIC





RECEIVED

FEB 0 3 2000

SECRETARY OF STATE

Cert_Amend.doc N:\UGH\Corp\AllanHolms 5581-019\CertAmend.wpd



## ANNUAL LIST OF OFFICERS, DIRECTORS AND AGENTS OF:

A.A.T.& ASSOCIATES, INC.

**FILE NUMBER**

15582-1999

FOR THE PERIOD JUN 2000 TO 2001. DUE BY JUN 30, 2000.
The Corporation's duly appointed resident agent in the
State of Nevada upon whom process can be served is:

RA#    13361

JOLLEY URGA WIRTH & WOODBURY

3800 HOWARD HUGHES PKWY STE 1600
LAS VEGAS NV 89109

— FOR OFFICE USE ONLY —
FILED (DATE)

**FILED**

AUG 2 3 2000

Secretary of State
Dean Heller

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND A CHANGE OF
   RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.

1. Include the names and addresses, either residence or business, for all officers and directors. A **President, Secretary, Treasurer and all Directors** must be named. There must be at least one director. Last year's information may have been preprinted. If you need to make changes, cross out the incorrect information and insert the new information above it. An officer must sign the form. **FORM WILL BE RETURNED IF UNSIGNED.**
2. If there are additional directors, attach a list of them to this form.
3. Return the completed form with the $85.00 filing fee. A $15 penalty must be added for failure to file this form by the deadline. An annual list received more than 60 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the **Secretary of State**. Your canceled check will constitute a certificate to transact business per NRS 78.155. If you need the below attachment file stamped, enclose a self-addressed stamped envelope. To receive a certified copy, enclose a copy of this completed form, an additional $10.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 101 North Carson Street, Suite #3, Carson City, NV 89701-4786, (775) 684-5708.

FILING FEE: $85.00          PENALTY: $15.00

| NAME | | | TITLE(S) | | | |
|---|---|---|---|---|---|---|
| ALLAN G HOLMS | | | **PRESIDENT** | | | |
| P.O. BOX | STREET ADDRESS | | | CITY | ST. | ZIP |
| | 1314 S GRAND #2-112 | | | SPOKANE | WA | 99202 |
| NAME | | | TITLE(S) | | | |
| ALLAN G HOLMS | | | **SECRETARY** | | | |
| P.O. BOX | STREET ADDRESS | | | CITY | ST. | ZIP |
| | 1314 S GRAND #2-112 | | | SPOKANE | WA | 99202 |
| NAME | | | TITLE(S) | | | |
| ALLAN G HOLMS | | | **TREASURER** | | | |
| P.O. BOX | STREET ADDRESS | | | CITY | ST. | ZIP |
| | 1314 S GRAND #2-112 | | | SPOKANE | WA | 99202 |
| NAME | | | TITLE(S) | | | |
| ALLAN G. HOLMS | | | **DIRECTOR** | | | |
| P.O. BOX | STREET ADDRESS 1314 S. GRAND #2-112 | | | CITY SPOKANE | WA | ZIP 99202 |
| NAME | | | TITLE(S) | | | |
| | | | **DIRECTOR** | | | |
| P.O. BOX | STREET ADDRESS | | | CITY | ST. | ZIP |

I hereby certify this annual list.

X Signature of Officer _____          Date 7/29/00

## ANNUAL LIST OF OFFICERS, DIRECTORS AND AGENTS OF:

A.A.T. & ASSOCIATES, INC.

**FILE NUMBER**

15582-1999

FOR THE PERIOD JUN 2001 TO 2002. DUE BY JUN 30, 2001.
The Corporation's duly appointed resident agent in the
State of Nevada upon whom process can be served is:

RA#   13361

FOR OFFICE USE ONLY
FILED (DATE)

JOLLEY URGA WIRTH & WOODBURY

3800 HOWARD HUGHES PKWY STE 1600
LAS VEGAS NV 89109

**FILED**

JUL 1 0 2001

Dean Heller
Secretary of State

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND A CHANGE OF
RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.

1. Include the names and addresses, either residence or business, for all officers and directors. **A President, Secretary, Treasurer and all Directors** must be named. There must be at least one director. Last year's information may have been preprinted. If you need to make changes, cross out the incorrect information and insert the new information above it. An officer must sign the form. **FORM WILL BE RETURNED IF UNSIGNED.**
2. If there are additional directors, attach a list of them to this form.
3. Return the completed form with the $85.00 filing fee. A $15 penalty must be added for failure to file this form by the deadline. An annual list received more than 60 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the **Secretary of State**. Your canceled check will constitute a certificate to transact business per NRS 78.155. If you need the below attachment file stamped, enclose a self-addressed stamped envelope. To receive a certified copy, enclose a copy of this completed form, an additional $10.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 101 North Carson Street, Suite #3, Carson City, NV 89701-4786. (775) 684-5708.

FILING FEE: $85.00          PENALTY: $15.00

| NAME | TITLE(S) | | | |
|------|----------|--|--|--|
| ALLAN G HOLMS | PRESIDENT | | | |
| P.O. BOX | STREET ADDRESS 1314 S GRAND #2-112 | CITY SPOKANE | ST. WA | ZIP 99202 |
| NAME ALLAN G HOLMS | TITLE(S) SECRETARY | | | |
| P.O. BOX | STREET ADDRESS 1314 S GRAND #2-112 | CITY SPOKANE | ST. WA | ZIP 99202 |
| NAME ALLAN G HOLMS | TITLE(S) TREASURER | | | |
| P.O. BOX | STREET ADDRESS 1314 S GRAND #2-112 | CITY SPOKANE | ST. WA | ZIP 99202 |
| NAME ALLAN G. HOLMS | TITLE(S) DIRECTOR | | | |
| P.O. BOX | STREET ADDRESS 1314 S. GRAND #2112 | CITY SPOKANE | ST. WA | ZIP 99202 |
| NAME | TITLE(S) DIRECTOR | | | |
| P.O. BOX | STREET ADDRESS | CITY | ST. | ZIP |

I hereby certify this annual list.

X Signature of Officer _____

Date 6/11/01

(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF

FILE NUMBER

**A.A.T. & ASSOCIATES, INC.**

15582-1999

(Name of Corporation)

A   **NEVADA**                                   CORPORATION

(State of Incorporation)

FOR THE FILING PERIOD   JUN 2002   TO   2003

The corporation's duty appointed resident agent in the State of Nevada
upon whom process can be served is:

Office Use Only

**JOLLEY URGA WIRTH & WOODBURY**         RA #
**3800 HOWARD HUGHES PARKWAY**
**SUITE 1600**
**LAS VEGAS, NV 89109**

FILED #

SEP 2 3 2002

IN THE OFFICE OF
DEAN HELLER SECRETARY OF STATE

☐ IF AGENT INFORMATION HAS CHANGED, PLEASE SEE ATTACHED
INSTRUCTIONS ON HOW TO OBTAIN THE APPROPRIATE FORM.

*Important. Read instructions before completing and returning this form.*
1. Print or type names and addresses either residence or business, for all officers and directors. A president, secretary, treasurer and at least one director must be named. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the $85.00 filing fee. A $50.00 penalty must be added for failure to file this form by the last day of the anniversary month of the incorporation/initial registration with this office.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. If you need a receipt, return page 2 certificate and ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE. To receive a certified copy, enclose a copy of this completed form, an additional $20.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street,  Carson City, NV 89711-4201 (775) 684-5708.

FILING FEE: $85.00        LATE PENALTY: $50.00

| NAME | TITLE(S) | | |
|---|---|---|---|
| ALLAN G. HOLMS | PRESIDENT | | |
| PO BOX          STREET ADDRESS | CITY | ST | ZIP |
| 1314 S GRAND #2-112 | SPOKANE | WA | 99202 |
| NAME | TITLE(S) | | |
| ALLAN G. HOLMS | SECRETARY | | |
| PO BOX          STREET ADDRESS | CITY | ST | ZIP |
| 1314 S GRAND #2-112 | SPOKANE | WA | 99202 |
| NAME | TITLE(S) | | |
| ALLAN G. HOLMS | TREASURER | | |
| PO BOX          STREET ADDRESS | CITY | ST | ZIP |
| 1314 S GRAND #2-112 | SPOKANE | WA | 99202 |
| NAME | TITLE(S) | | |
| ALLAN G. HOLMS | DIRECTOR | | |
| PO BOX          STREET ADDRESS | CITY | ST | ZIP |
| 1314 S GRAND #2-112 | SPOKANE | WA | 99202 |
| NAME | TITLE(S) | | |
| | DIRECTOR | | |
| PO BOX          STREET ADDRESS | CITY | ST | ZIP |
| NAME | TITLE(S) | | |
| | DIRECTOR | | |
| PO BOX          STREET ADDRESS | CITY | ST | ZIP |

I declare, to the best of my knowledge, under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 364A of NRS.

X Signature of officer

Title(s)  *President*

Date  *9/5/02*

(PROFIT) **ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF**

**A.A.T. & ASSOCIATES, INC.**

(Name of Corporation)

FILE NUMBER

15582-1999

A **NEVADA**                                    CORPORATION        FOR THE FILING PERIOD **JUN 2003**        TO **2004**

(State of Incorporation)

The corporation's duly appointed resident agent in the State of Nevada
upon whom process can be served is:

| | |
|---|---|
| **JOLLEY URGA WIRTH & WOODBURY**   RA #13361 <br> **3800 HOWARD HUGHES PARKWAY** <br> **SUITE 1600** <br> **LAS VEGAS, NV 89109** | Office Use Only <br><br> **FILED #** _____ <br><br> **MAY 0 6 2003** <br> IN THE OFFICE OF <br> Dean Heller <br> DEAN HELLER SECRETARY OF STATE |

☐ IF AGENT INFORMATION HAS CHANGED, PLEASE SEE ATTACHED
INSTRUCTIONS ON HOW TO OBTAIN THE APPROPRIATE FORM.

*Important. Read instructions before completing and returning this form.*

1. Print or type names and addresses either residence or business, for all officers and directors. A president, secretary, treasurer and at least one director must be named. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the $85.00 filing fee. A $50.00 penalty must be added for failure to file this form by the last day of the anniversary month of the incorporation/initial registration with this office.
4. Make your check payable to the Secretary of State. Your canceled check will constitute a certificate to transact business per NRS 78.155. If you need a receipt, return page 2 certificate and ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE. To receive a certified copy, enclose a copy of this completed form, an additional $20.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201 (775) 684-5708.

FILING FEE: $85.00        LATE PENALTY: $50.00

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| **ALLAN G. HOLMS** | | PRESIDENT | | |
| PO BOX        STREET ADDRESS <br> **1314 S GRAND #2-112** | | CITY <br> **SPOKANE** | ST <br> **WA** | ZIP <br> **99202** |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| **ALLAN G. HOLMS** | | SECRETARY | | |
| PO BOX        STREET ADDRESS <br> **1314 S GRAND #2-112** | | CITY <br> **SPOKANE** | ST <br> **WA** | ZIP <br> **99202** |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| **ALLAN G. HOLMS** | | TREASURER | | |
| PO BOX        STREET ADDRESS <br> **1314 S GRAND #2-112** | | CITY <br> **SPOKANE** | ST <br> **WA** | ZIP <br> **99202** |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| **ALLAN G. HOLMS** | | DIRECTOR | | |
| PO BOX        STREET ADDRESS <br> **1314 S GRAND #2-112** | | CITY <br> **SPOKANE** | ST <br> **WA** | ZIP <br> **99202** |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| | | DIRECTOR | | |
| PO BOX        STREET ADDRESS | | CITY | ST | ZIP |

| NAME | TITLE(S) | | | |
|---|---|---|---|---|
| | | DIRECTOR | | |
| PO BOX        STREET ADDRESS | | CITY | ST | ZIP |

I declare to the best of my knowledge, under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 364A of NRS.

X _[signature]_ _____        Title(s) _____

Signature of officer                                            Date _____



**DEAN HELLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708
Website: secretaryofstate.biz

| Filed in the office of | Document Number |
|---|---|
| *Dean Heller* | **20060310565-38** |
| Dean Heller | Filing Date and Time |
| Secretary of State | **05/15/2006 6:16 AM** |
| State of Nevada | Entity Number |
|  | **C15582-1999** |

## Certificate of Resignation of Resident Agent

*Important: Read attached instructions before completing form.*

ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Resignation of Resident Agent

**1.** Then name of the resident agent who desires to resign from the following entities (one resident agent name or entity per form and fee):

JOLLEY URGA WIRTH WOODBURY & STANDISH

(Name of Resident Agent)

**2.** The name(s) and file number(s) of the entity(ies) for which resignation(s) is being made (use additional forms if necessary):

| | |
|---|---|
| A & S, INC. | C3137-2003 |
| (Name of Entity) | (File Number) |
| A.A.T.& ASSOCIATES | C15582-1999 |
| (Name of Entity) | (File Number) |
| AFER INTERNATIONAL | C14537-1999 |
| (Name of Entity) | (File Number) |
| AL-JE ENTERPRISES, INC. | C11246-1991 |
| (Name of Entity) | (File Number) |
| ALLAN G. HOLMS, INC. | C12238-2002 |
| (Name of Entity) | (File Number) |

**3.** Other information (optional):

**4.** Signature of aforementioned resident agent: *Alicia R. Ashcroft*

**5.** Fees: $100.00 for the first entity and $1.00 for each additional entity listed.

***This form must be accompanied by appropriate fees.***

Nevada Secretary of State RA Resignation 2003
Revised on: 1112 03



**DEAN HELLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708
Website: secretaryofstate.biz

# Additional Page to Certificate of Resignation of Resident Agent

*Important: Indicate page number at the bottom of this page.*

ABOVE SPACE IS FOR OFFICE USE ONLY

Additional Page to
Certificate of Resignation
of Resident Agent

AMERICAN AIR GROUP L.L.C.
(Name of Entity)

LLC3553-1997
(File Number)

ANGELA BRASSER PHOTOGRAPHY, LLC
(Name of Entity)

LLC3136-2001
(File Number)

BOB GRABBER CONCRETE, LLC
(Name of Entity)

LLC2636-1998
(File Number)

BOULDER CITY FOLK FESTIVAL
(Name of Entity)

C28498-1998
(File Number)

BRUCE A. RAYMOND, INC.
(Name of Entity)

C8804-1998
(File Number)

C2 CONSULTING, INC.
(Name of Entity)

C19964-02003
(File Number)

CANTERBURY DEVELOPMENT CORPORATION
(Name of Entity)

C6477-1986
(File Number)

CRUSHER RENAL OF AMERICA, L.L.C.
(Name of Entity)

LLC55-1996
(File Number)

CYPRESS CREEK TRADING CORP.
(Name of Entity)

C18786-2001
(File Number)

DECATUR/ELKHORN L.L.C.
(Name of Entity)

LLC5658-1994
(File Number)

DIXIE AUGUSTINE INVESTORS, INC.
(Name of Entity)

C20728-1998
(File Number)

ELITE DEVELOPMENT CORP.
(Name of Entity)

C5362-1995
(File Number)

GARDEN PROPERTIES, INC.
(Name of Entity)

C8569-1994
(File Number)

GFX DIRECT, INC.
(Name of Entity)

C2526-2004
(File Number)

Page Number  2

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State RA Resignation Additional v 2003
Revised on  11/5/2003



**DEAN HELLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708
Website: secretaryofstate.biz

## Additional Page to Certificate of Resignation of Resident Agent

*Important: Indicate page number at the bottom of this page.*

Additional Page to
Certificate of Resignation
of Resident Agent

ABOVE SPACE IS FOR OFFICE USE ONLY

GIBSON INVESTMENT CLUB
(Name of Entity)

C11662-1991
(File Number)

H C CAPITAL CORP.
(Name of Entity)

C7035-1997
(File Number)

HOLLYWOOD HOSPITALITY CORPORATION
(Name of Entity)

C10242-1999
(File Number)

IMAGE DEVELOPMENT, INC.
(Name of Entity)

C30242-2001
(File Number)

IMPERIAL LIMITED PARTNERSHIP
(Name of Entity)

LP404-1989
(File Number)

INTERCONTINENAL REAL ESTATE & DEVELOPMENT, L.L.C.
(Name of Entity)

LLC14211-1996
(File Number)

INTERNATIONAL SOURCING SOLUTIONS, L.L.C.
(Name of Entity)

LLC15353-2002
(File Number)

MECA DEVELOPMENT COMPANY, LLC
(Name of Entity)

LLC4856-1999
(File Number)

PLATINUM FOUR
(Name of Entity)

C21203-2000
(File Number)

PROGRESSIVE PROPERTIES, LTD.
(Name of Entity)

LLC100-1995
(File Number)

R & M PROPERTY INVESTMENTS, LLC
(Name of Entity)

LLC4733-2004
(File Number)

R & R PROPERTY MANAGEMENT, LLC
(Name of Entity)

LLC13092-2003
(File Number)

REAL ESTATE INVESTMENT CORPORATION OF AMERICA
(Name of Entity)

C412-1998
(File Number)

RW CONSULTING SOLUTIONS, LLC
(Name of Entity)

LLC4449-1999
(File Number)

Page Number  3

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State RA Resignation Additional 1 2005
Revised on: 11/13/03



**DEAN HELLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708
Website: secretaryofstate.biz

## Additional Page to Certificate of Resignation of Resident Agent

*Important: Indicate page number at the bottom of this page.*

### Additional Page to Certificate of Resignation of Resident Agent

ABOVE SPACE IS FOR OFFICE USE ONLY

| Name of Entity | File Number |
|---|---|
| S C HOMES, INC. | C3350-1979 |
| SANDCASTLE AGENCIES, INC. | C32337-2001 |
| SAR HOLDINGS INC. | C33792-2000 |
| SARATOGA PUBLISHING CORP. | C14075-1997 |
| SARATOGA VENDING CORP. | C11062-1996 |
| SCHUETZ INC. | C18997-1997 |
| SEAPORT VILLAGE DEVELOPMENT, L.L.C. | LLC13923-1996 |
| SEAPORT VILLAGE DEVELOPMENT CORPORATION/PRINCESS MAHAELANI RESORT AND | C16840-1993 |
| SHOESTRING DEVELOPMENT GROUP | C25613-1997 |
| SILVER STATE INVESTMENT, L.L.C. | LLC13369-1996 |
| SILVERADO AUTO SPA, INC. | C1607-2001 |
| SILVERSTONE INVESTMENT GROUP, LLC | E0604002005-9 |
| STERLING GROUP, THE | C9029-1999 |
| STIW, LLC | LLC4485-1999 |

Page Number   4

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State RA Resignation Additional 1 2003
Revised on  11/13/03



**DEAN HELLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708
Website: secretaryofstate.biz

# Additional Page to Certificate of Resignation of Resident Agent

*Important: Indicate page number at the bottom of this page.*

Additional Page to
Certificate of Resignation
of Resident Agent

ABOVE SPACE IS FOR OFFICE USE ONLY

SWC ENTERPRISES, INC.
(Name of Entity)

C2949-1979
(File Number)

TRANSPORTATION MANAGEMENT AND LEASING, INC.
(Name of Entity)

C28678-1999
(File Number)

TRE J RECORDS, INC.
(Name of Entity)

C12235-1995
(File Number)

TRI-TECH INTERNATIONAL OF VIRGINIA
(Name of Entity)

C16414-1996
(File Number)

TRU-MEASUR LEASING, INC.
(Name of Entity)

C5251-1989
(File Number)

TUSCAN STEAK-LAS VEGAS LLC
(Name of Entity)

LLC2126-1998
(File Number)

VEGAS BABY
(Name of Entity)

C17546-2002
(File Number)

VIVIAN AND JOSEPH LEVIN RECOGNITION OF EXCELLENCE FOUNDATION, THE
(Name of Entity)

C28376-2003
(File Number)

WILLOW GALLERY, INC.
(Name of Entity)

C12484-1992
(File Number)

(Name of Entity)

(File Number)

(Name of Entity)

(File Number)

(Name of Entity)

(File Number)

(Name of Entity)

(File Number)

(Name of Entity)

(File Number)

Page Number  5

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State RA Resignation Additional 1 2003
Revised on  11/12/03

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF**

FILE NUMBER

*A.A.T. + ASSOCIATES, INC.*
(Name of Corporation)

/2238-2002

FOR THE FILING PERIOD OF _6/30/2004_ TO _6/30/2008_

| Filed in the office of | Document Number |
|---|---|
| *Ross Miller* | 20080064431-38 |
| Ross Miller | Filing Date and Time |
| Secretary of State | 01/30/2008 12:39 PM |
| State of Nevada | Entity Number |
| | C15582-1999 |

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

*INCORP SERVICES, INC.*
*3155 EAST PATRICK LANE, SUITE 1*
*LAS VEGAS, NV 89120-3481*

A FORM TO CHANGE RESIDENT AGENT INFORMATION CAN BE FOUND ON OUR WEBSITE: secretaryofstate.biz

**Important: Read instructions before completing and returning this form.**

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

☑ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to resident agent.)

1. Print or type names and addresses either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors and all directors must be named. Have an Officer sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the filing fee. Fee is based upon the current total authorized stock as explained on the Annual List Fee Schedule for Profit Corporations. A $75.00 penalty must be added for failure to file this item by the deadline. An annual list cancelled check will constitute a certificate to transact business.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business.
5. Ordering Copies: If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
6. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.
7. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

---

**CHECK ONLY IF APPLICABLE**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) |
|---|---|
| *ALLAN G. HOLMS* | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| *1314 S. GRAND #2-112* | *SPOKANE* | *WA* | *99202* |

| NAME | TITLE(S) |
|---|---|
| *ROBYN HOLMS* | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| *1314 S. GRAND #2-112* | *SPOKANE* | *WA* | *99202* |

| NAME | TITLE(S) |
|---|---|
| *ROBYN HOLMS* | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| *1314 S. GRAND #2-112* | *SPOKANE* | *WA* | *99202* |

| NAME | TITLE(S) |
|---|---|
| *ALLAN G. HOLMS* | **DIRECTOR** |

| ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| *1314 S. GRAND #2-112* | *SPOKANE* | *WA* | *99202* |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 349.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X *Robyn Holms*
**Signature of Officer**

Title: *SEC./TREAS.* Date: *1/28/08*

Nevada Secretary of State Form Annual List Profit 2007
Revised on: 01/01/07



**ROSS MILLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708
Website: secretaryofstate.biz

| Filed in the office of | Document Number |
|---|---|
| *[signature]* | **20080064437-94** |
| | Filing Date and Time |
| Ross Miller | **01/30/2008 12:39 PM** |
| Secretary of State | Entity Number |
| State of Nevada | **C15582-1999** |

## Certificate of Change
## of Resident Agent and/or
## Location of Registered Office

USE BLACK INK ONLY - DO NO HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

General Instructions for this form:
1. Complete all fields.
2. The physical Nevada address of the resident agent must be set forth. PMB's are not acceptable.
3. Ensure that document is signed in signature fields.
4. Include the filing fee of $60.00.
5. The change below is effective upon the filing of this document with the Secretary of State.

*A.A.T. + ASSOCIATES, INC.* (Name of Entity)                    (File Number)

Reason for change: (check one)  ☑ Change of Resident Agent  ☐ Change of Location of Registered Office

The former resident agent and/or location of the registered office was:

*HOLLAND + HART + WOODBURY* (Name)

*3800 HOWARD HUGHES PARKWAY, SUITE, LAS VEGAS* (Physical Street Address)   (City)   Nevada *89107* (Zip Code)

_____ (Mailing Address)   (City)   (State)   (Zip Code)

The resident agent and/or location of the registered office is changed to:

*INCORP SERVICES, INC.* (Name)

*3155 MARY PATRICK LANE, STE. 1  LAS VEGAS* (MANDATORY) Physical Street Address   (City)   Nevada *89129-8401* (Zip Code)

_____ (OPTIONAL) Mailing Address   (City)   (State) Zip Code

## Signature of Officer

For an entity to file this certificate, the signature of one officer is required.

X *[signature]*                    *PRESIDENT*
(Signature of Officer)                    (Title of Officer)

## Certificate of Acceptance of Appointment by Resident Agent

I hereby accept the appointment as Resident Agent for the above-named business entity.

X *[signature] as behalf of Incorp Services, Inc.*        *1/28/08*
Authorized Signature of R.A. or On Behalf of R.A. Company        Date

This form must be accompanied by appropriate fees.

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT OF**

FILE NUMBER

| A.A.T.& ASSOCIATES, INC. | C15582-1999 |
|---|---|

(Name of Corporation)

FOR THE FILING PERIOD OF 6/2008 TO 6/2009

The corporation's duly appointed registered agent in the State of Nevada upon whom process can be served is:

INCORP SERVICES, INC. (Commercial Registered Agent)
375 N STEPHANIE ST STE 1411
HENDERSON, NV 89014-8909 USA

☐ CHECK BOX IF YOU REQUIRE A FORM TO UPDATE YOUR REGISTERED AGENT INFORMATION

Important: Read instructions before completing and returning this form.

| Filed in the office of | Document Number |
|---|---|
| *[signature]* | 20080545234-43 |
| | Filing Date and Time |
| Ross Miller | 08/15/2008 11:43 AM |
| Secretary of State | Entity Number |
| State of Nevada | C15582-1999 |

(This document was filed electronically.)
THE ABOVE SPACE IS FOR OFFICE USE ONLY

1. Print or type names and addresses either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors and all directors must be named. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. Your canceled check will constitute a certificate to transact business per NRS 78.155. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 897014201, (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

---

## CHECK ONLY IF APPLICABLE

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) | | |
|---|---|---|---|
| ALLAN G HOLMS | PRESIDENT (OR EQUIVALENT OF) | | |
| **ADDRESS** | CITY | St | Zip |
| 375 N. STEPHANIE STREET SUITE 1411 | HENDERSON | NV | 89014 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| ROBYN HOLMS | SECRETARY (OR EQUIVALENT OF) | | |
| **ADDRESS** | CITY | St | Zip |
| 375 N. STEPHANIE STREET SUITE 1411 | HENDERSON | NV | 89014 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| ROBYN HOLMS | TREASURER (OR EQUIVALENT OF) | | |
| **ADDRESS** | CITY | St | Zip |
| 375 N. STEPHANIE STREET SUITE 1411 | HENDERSON | NV | 89014 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| ALLAN G HOLMS | DIRECTOR | | |
| **ADDRESS** | CITY | St | Zip |
| 375 N. STEPHANIE STREET SUITE 1411 | HENDERSON | NV | 89014 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Signature of Officer
ROBYN HOLMS

Title SECRETARY/TREASURER   Date 8/15/2008 11:54:24 AM

Nevada Secretary of State Form ANNUAL LIST-PROFIT 2003
Revised on: 07/24/02

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT OF**

FILE NUMBER

A.A.T.& ASSOCIATES, INC.                                              | C15582-1999

(Name of Corporation)

FOR THE FILING PERIOD OF 6/2009    TO 6/2010

The corporation's duly appointed registered agent in the State of Nevada upon whom process can be served is:

INCORP SERVICES, INC. (Commercial Registered Agent)
375 N STEPHANIE ST STE 1411
HENDERSON, NV 89014-8909  USA

| Filed in the office of | Document Number |
| --- | --- |
| *Ross Miller* signature | **20090503728-56** |
| | Filing Date and Time |
| Ross Miller | **06/24/2009 8:57 AM** |
| Secretary of State | Entity Number |
| State of Nevada | **C15582-1999** |

☐ CHECK BOX IF YOU REQUIRE A FORM TO UPDATE YOUR REGISTERED AGENT INFORMATION

Important: Read instructions before completing and returning this form.

(This document was filed electronically.)
THE ABOVE SPACE IS FOR OFFICE USE ONLY

1. Print or type names and addresses either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors and all directors must be named. Have an officer sign the form. FORM  WILL BE RETURNED IF UNSIGNED
2. If there are additional directors attach a list of them to this form.
3. Return the completed to* with the filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to: the Secretary of State. Your canceled check will constitute a certificate to transact business per NRS 78.155. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 897014201, (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

## CHECK ONLY IF APPLICABLE

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) | | | |
| --- | --- | --- | --- | --- |
| ALLAN G HOLMS | PRESIDENT (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | St | Zip | |
| 375 N. Stephanie St. - Suite 1411  , USA | Henderson | NV | 89014-8909 | |
| NAME | TITLE(S) | | | |
| ROBYN  HOLMS | SECRETARY (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | St | Zip | |
| 375 N. Stephanie St. - Suite 1411  , USA | Henderson | NV | 89014-8909 | |
| NAME | TITLE(S) | | | |
| ROBYN HOLMS | TREASURER (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | St | Zip | |
| 375 N. Stephanie St. - Suite 1411  , USA | Henderson | NV | 89014-8909 | |
| NAME | TITLE(S) | | | |
| ALLAN G HOLMS | DIRECTOR | | | |
| ADDRESS | CITY | St | Zip | |
| 375 N. Stephanie St. - Suite 1411  , USA | Henderson | NV | 89014-8909 | |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Signature of Officer       Title Secretary       Date 6/24/2009 8:56:55 AM
ROBYN HOLMS

Nevada Secretary of State Form ANNUAL LIST PROFIT 2003
Revised on: 07/24/08

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

| A.A.T. & ASSOCIATES, INC. | C15582-1999 |
|---|---|

NAME OF CORPORATION

FOR THE FILING PERIOD OF    6/2010    TO    6/2011

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

*\*110101\**

INCORP SERVICES, INC. (Commercial Registered Agent)
375 N STEPHANIE ST STE 1411
HENDERSON, NV 89014-8909 USA

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| *(signature)* | 20100536595-66 |
| | Filing Date and Time |
| Ross Miller | 07/20/2010 10:35 PM |
| Secretary of State | Entity Number |
| State of Nevada | C15582-1999 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* *Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the complete form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**CHECK ONLY IF APPLICABLE**

☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code:

☑ Month and year your State Business License expires:   0   6   20 1 0

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**Section 7(2) Exemption Codes**

001 - Governmental Entity
002 - 501(c) Nonprofit Entity
003 - Home-based Business
004 - Natural Person with 4 or less rental dwelling units
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 375 N. Stephanie St. - Suite 1411 , USA | Henderson | NV | 89014-8909 |

| NAME | TITLE(S) |
|---|---|
| ROBYN HOLMS | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 375 N. Stephanie St. - Suite 1411 , USA | Henderson | NV | 89014-8909 |

| NAME | TITLE(S) |
|---|---|
| ROBYN HOLMS | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 375 N. Stephanie St. - Suite 1411 , USA | Henderson | NV | 89014-8909 |

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 375 N. Stephanie St. - Suite 1411 , USA | Henderson | NV | 89014-8909 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

ROBYN HOLMS

X _____
**Signature of Officer**

| Title | Date |
|---|---|
| Secretary | 7/20/2010 10:34:47 PM |

Nevada Secretary of State Annual List Profit
Revised: 8-5-09

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

A.A.T.& ASSOCIATES, INC.

C15582-1999

NAME OF CORPORATION

FOR THE FILING PERIOD OF     6/2011     TO     6/2012

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

*\*110101\**

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

INCORP SERVICES, INC. (Commercial Registered Agent)
2360 CORPORATE CIRCLE STE 400
HENDERSON, NV 89074-7722  USA

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| *Ross Miller* (signature) | 20110418886-09 |
| | Filing Date and Time |
| Ross Miller | 06/03/2011 5:45 PM |
| Secretary of State | Entity Number |
| State of Nevada | C15582-1999 |

This document was filed electronically.

ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An *Officer* must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the complete form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. *Ordering Copies:* If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**CHECK ONLY IF APPLICABLE**

| | Section 7(2) Exemption Codes |
|---|---|
| ☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code: ___ | 001 - Governmental Entity |
| ☐ Month and year your State Business License expires: ___  20 ___ | 002 - 501(c) Nonprofit Entity |
| | 003 - Home-based Business |
| ☐ This corporation is a publicly traded corporation. The Central Index Key number is: ___ | 004 - Natural Person with 4 or less rental dwelling units |
| ☐ This publicly traded corporation is not required to have a Central Index Key number. | 005 - Motion Picture Company |
| | 006 - NRS 680B.020 Insurance Co. |

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7722 |

| NAME | TITLE(S) |
|---|---|
| ROBYN  HOLMS | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7722 |

| NAME | TITLE(S) |
|---|---|
| ROBYN  HOLMS | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7722 |

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7722 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** ___ROBYN HOLMS___

**Signature of Officer**

| Title | Date |
|---|---|
| SECRETARY | 6/3/2011 5:44:39 PM |

Nevada Secretary of State Annual List Profit
Revised: 8-5-09

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

| NAME OF CORPORATION | |
|---|---|
| A.A.T.& ASSOCIATES, INC. | C15582-1999 |

FOR THE FILING PERIOD OF    6/2012    TO    6/2013

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

\*110101\*

> INCORP SERVICES, INC. (Commercial Registered Agent)
> 2360 CORPORATE CIRCLE STE 400
> HENDERSON, NV 89074-7722  USA
>
> A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

Filed in the office of

Ross Miller
Secretary of State
State of Nevada

| Document Number |
|---|
| **20120451314-13** |
| Filing Date and Time |
| **06/27/2012 4:28 PM** |
| Entity Number |
| **C15582-1999** |

(This document was filed electronically)

ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An *Officer* must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the complete form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. *Ordering Copies:* If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page is required for each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**CHECK ONLY IF APPLICABLE**

☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code:

☐ Month and year your State Business License expires:          20

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**Section 7(2) Exemption Codes**
001 - Governmental Entity
002 - 501(c) Nonprofit Entity
003 - Home-based Business
004 - Natural Person with 4 or less
          rental dwelling units
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7722 |

| NAME | TITLE(S) |
|---|---|
| ROBYN HOLMS | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7722 |

| NAME | TITLE(S) |
|---|---|
| ROBYN HOLMS | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7722 |

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7722 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

ROBYN HOLMS

X _____
**Signature of Officer**

| Title | Date |
|---|---|
| SECRETARY | 6/27/2012 4:27:38 PM |

Nevada Secretary of State Annual List Profit
Revised: 8-5-09

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

| | |
|---|---|
| A.A.T.& ASSOCIATES, INC. | C15582-1999 |

NAME OF CORPORATION

FOR THE FILING PERIOD OF ___6/2013___ TO ___6/2014___

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

| |
|---|
| INCORP SERVICES, INC. (Commercial Registered Agent) 2360 CORPORATE CIRCLE STE 400 HENDERSON, NV 89074-7722  USA |

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

\*110105\*

| Filed in the office of | Document Number |
|---|---|
| *[signature]* Ross Miller Secretary of State State of Nevada | 20130417634-81 |
| | Filing Date and Time |
| | 06/25/2013 12:10 PM |
| | Entity Number |
| | C15582-1999 |

(This document was filed electronically.)

ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional** copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [ ]

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: [ ]

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**

001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | **PRESIDENT** (OR EQUIVALENT OF) |
| **ADDRESS** | **CITY** / **STATE** / **ZIP CODE** |
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON / NV / 89074-7722 |

| NAME | TITLE(S) |
|---|---|
| ROBYN HOLMS | **SECRETARY** (OR EQUIVALENT OF) |
| **ADDRESS** | **CITY** / **STATE** / **ZIP CODE** |
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON / NV / 89074-7722 |

| NAME | TITLE(S) |
|---|---|
| ROBYN HOLMS | **TREASURER** (OR EQUIVALENT OF) |
| **ADDRESS** | **CITY** / **STATE** / **ZIP CODE** |
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON / NV / 89074-7722 |

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | **DIRECTOR** |
| **ADDRESS** | **CITY** / **STATE** / **ZIP CODE** |
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON / NV / 89074-7722 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS Chapter 76 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

ROBYN HOLMS

**X** _____

**Signature of Officer**

| Title | Date |
|---|---|
| SECRETARY | 6/25/2013 12:05:48 PM |

Nevada Secretary of State Annual List Profit
Revised 3-9-12

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

| A.A.T.& ASSOCIATES, INC. | C15582-1999 |
|---|---|

NAME OF CORPORATION

FOR THE FILING PERIOD OF    6/2014    TO    6/2015

*100101*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐  Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

_IMPORTANT:  Read instructions before completing and returning this form._

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. _FORM WILL BE RETURNED IF UNSIGNED._

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of

~Ross~ _signature_

Ross Miller
Secretary of State
State of Nevada

| Document Number | 20140445061-67 |
|---|---|
| Filing Date and Time | 06/19/2014 12:00 PM |
| Entity Number | C15582-1999 |

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐  Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.  Exemption code: [    ]

**NOTE:  If claiming an exemption, a notarized Declaration of Eligibility form must be attached.  Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐  This corporation is a publicly traded corporation. The Central Index Key number is: [    ]

☐  This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**

001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7739 |

| NAME | TITLE(S) |
|---|---|
| ROBYN HOLMS | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7739 |

| NAME | TITLE(S) |
|---|---|
| ROBYN HOLMS | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7739 |

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2360 CORPORATE CIRCLE - SUITE 400 | HENDERSON | NV | 89074-7739 |

---

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** ROBYN HOLMS

**Signature of Officer or
Other Authorized Signature**

| Title | Date |
|---|---|
| SECRETARY | 6/19/2014 12:01:08 PM |

Nevada Secretary of State List Profit
Revised 7-31-13

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

A.A.T. & ASSOCIATES, INC.
NAME OF CORPORATION

**ENTITY NUMBER**
C15582-1999

| FOR THE FILING PERIOD OF | 6/2015 | TO | 6/2016 |
| --- | --- | --- | --- |

USE BLACK INK ONLY - DO NOT HIGHLIGHT

*100102*

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

[X] Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. FORM WILL BE RETURNED IF UNSIGNED.

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00 Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
| --- | --- |
| *Barbara K Cegavske* (signature)<br>Barbara K. Cegavske<br>Secretary of State<br>State of Nevada | 20150311972-71 |
| | Filing Date and Time<br>06/29/2015 8:14 AM |
| | Entity Number<br>C15582-1999 |

ABOVE SPACE IS FOR OFFICE USE ONLY

### CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

[ ] Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [____]

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

[ ] This corporation is a publicly traded corporation. The Central Index Key number is:

[ ] This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| ALLAN G HOLMS | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2360 Corporate Circle, Suite 400 | Henderson | NV | 89074-7739 |
| NAME | TITLE(S) | | |
| ROBYN HOLMS | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2360 Corporate Circle, Suite 400 | Henderson | NV | 89074-7739 |
| NAME | TITLE(S) | | |
| ROBYN HOLMS | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2360 Corporate Circle, Suite 400 | Henderson | NV | 89074-7739 |
| NAME | TITLE(S) | | |
| ALLAN G HOLMS | DIRECTOR | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 2360 Corporate Circle, Suite 400 | Henderson | NV | 89074-7739 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _(signature)_
**Signature of Officer or Other Authorized Signature**

Title
PRESIDENT

Date
6/29/2015

Nevada Secretary of State List Profit
Revised: 1-5-15

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER
C15582-1999

A.A.T.& ASSOCIATES, INC.
NAME OF CORPORATION

FOR THE FILING PERIOD OF ___6/2016___ TO ___6/2017___

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* *Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. There must be an annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of

*Barbara K Cegavske*

Barbara K. Cegavske
Secretary of State
State of Nevada

| | |
|---|---|
| Document Number | 20160294736-50 |
| Filing Date and Time | 06/30/2016 1:00 PM |
| Entity Number | C15582-1999 |

(This document was filed electronically.)

ABOVE SPACE IS FOR OFFICE USE ONLY

## CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: ☐

☐ This publicly traded corporation is not required to have a Central Index Key number.

NRS 76.020 Exemption Codes
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3773 HOWARD HUGHES PKWY - SUITE 500S | LAS VEGAS | NV | 89169-6014 |

| NAME | TITLE(S) |
|---|---|
| ROBYN HOLMS | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3773 HOWARD HUGHES PKWY - SUITE 500S | LAS VEGAS | NV | 89169-6014 |

| NAME | TITLE(S) |
|---|---|
| ROBYN HOLMS | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3773 HOWARD HUGHES PKWY - SUITE 500S | LAS VEGAS | NV | 89169-6014 |

| NAME | TITLE(S) |
|---|---|
| ALLAN G HOLMS | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3773 HOWARD HUGHES PKWY - SUITE 500S | LAS VEGAS | NV | 89169-6014 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** ROBYN HOLMS

**Signature of Officer or
Other Authorized Signature**

| Title | Date |
|---|---|
| SECRETARY | 6/30/2016 12:59:50 PM |

Nevada Secretary of State List Profit
Revised: 7-1-15

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

C15582-1999

A.A.T.& ASSOCIATES, INC.

NAME OF CORPORATION

FOR THE FILING PERIOD OF _____ TO _____

*100102*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

| | |
|---|---|
| Filed in the office of | Document Number |
| *Barbara K. Cegavske* | **20170107375-53** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **03/09/2017 8:15 AM** |
| State of Nevada | Entity Number |
| | **C15582-1999** |

[X] Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

**IMPORTANT:** Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

ABOVE SPACE IS FOR OFFICE USE ONLY

| **CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW** |
|---|

[ ] Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: _____

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

[ ] This corporation is a publicly traded corporation. The Central Index Key number is:

[ ] This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| Julia Lee | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3773 Howard Hughes Parkway · Suite 500S | Las Vegas | NV | 89169-6014 |

| NAME | TITLE(S) |
|---|---|
| Julia Lee | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3773 Howard Hughes Parkway · Suite 500S | Las Vegas | NV | 89169-6014 |

| NAME | TITLE(S) |
|---|---|
| Julia Lee | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3773 Howard Hughes Parkway · Suite 500S | Las Vegas | NV | 89169-6014 |

| NAME | TITLE(S) |
|---|---|
| Julia Lee | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3773 Howard Hughes Parkway · Suite 500S | Las Vegas | NV | 89169-6014 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _____

**Signature of Officer or
Other Authorized Signature**

Title: President

Date: Mar 9, 2017

Nevada Secretary of State List Profit
Revised: 1-5-15