# EXHIBIT 12

# EXHIBIT 12

# EXHIBIT 12



# STATE OF NEVADA



**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary*
*for Commercial Recordings*

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
## SECRETARY OF STATE

## Copy Request

March 22, 2017

**Job Number:** C20170322-0881
**Reference Number:** 00010584914-32
**Expedite:**
**Through Date:**

| Document Number(s) | Description | Number of Pages |
| --- | --- | --- |
| 20100106924-45 | Articles of Organization | 2 Pages/1 Copies |
| 20100108782-69 | Initial List | 1 Pages/1 Copies |
| 20100162037-82 | Certificate of Dissolution | 1 Pages/1 Copies |
| 20130461645-42 | Certificate of Revival | 4 Pages/1 Copies |
| 20130461647-64 | Annual List | 1 Pages/1 Copies |
| 20130461651-29 | Acceptance of Registered Agent | 1 Pages/1 Copies |
| 20140084488-59 | Annual List | 1 Pages/1 Copies |
| 20150036101-09 | Annual List | 1 Pages/1 Copies |
| 20160047921-72 | Annual List | 1 Pages/1 Copies |

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138



ROSS MILLER
Secretary of State
206 North Carson Street
Carson City, Nevada 89701-4299
(775) 684 5708
Website: www.nvsos.gov

# Articles of Organization
# Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

Filed in the office of /s/ Ross Miller
Ross Miller
Secretary of State
State of Nevada

Document Number: 20100106924-45
Filing Date and Time: 02/19/2010 1:50 PM
Entity Number: E0074962010-8

USE BLACK INK ONLY - DO NOT HIGHLIGHT          ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions)
ROIL ENERGY, LLC
☐ Check box if a Series Limited-Liability Company

**2. Registered Agent for Service of Process:** (check only one box)
☐ Commercial Registered Agent:
☒ Noncommercial Registered Agent (name and address below)   OR   ☐ Office or Position with Entity (name and address below)
JANELLE L. EDINGTON
Name of Noncommercial Registered Agent OR Name of Title of Office or Other Position with Entity
8045 DOLCE VOLPE AVE.    LAS VEGAS    Nevada 89178
Street Address    City    Zip Code
                Nevada
Mailing Address (if different from street address)    City    Zip Code

**3. Dissolution Date:** (optional)
Latest date upon which the company is to dissolve (if existence is not perpetual):

**4. Management:** (required)
Company shall be managed by:   ☐ Manager(s)   OR   ☒ Member(s)
(check only one box)

**5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3)
1) VAL HOLMS
   Name
   470 HOLMS GULCH ROAD    HELENA    MT    59601
   Street Address    City    State    Zip Code
2) ALLAN HOLMS
   Name
   470 HOLMS GULCH ROAD    HELENA    MT    59601
   Street Address    City    State    Zip Code
3) JOSEPH EDINGTON
   Name
   470 HOLMS GULCH ROAD    HELENA    MT    59601
   Street Address    City    State    Zip Code

**6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer)
VAL HOLMS              X /s/ Val Holms
Name                    Organizer Signature
470 HOLMS GULCH ROAD    HELENA    MT    59601
Address    City    State    Zip Code

**7. Certificate of Acceptance of Appointment of Registered Agent:**
I hereby accept appointment as Registered Agent for the above named Entity.
X /s/ Janelle Edington                    02/15/10
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date



**ROSS MILLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708
Website: www.nvsos.gov

# Registered Agent Acceptance

(PURSUANT TO NRS 77.310)

USE BLACK INK ONLY - DO NOT HIGHLIGHT    ABOVE SPACE IS FOR OFFICE USE ONLY

## Certificate of Acceptance of Appointment by Registered Agent:

*In the matter of* ROIL ENERGY, LLC
Name of Business Entity

I, JANELLE L. EDINGTON
Name of Registered Agent

am a: (complete only one)

a) [ ] commercial registered agent listed with the Nevada Secretary of State,

b) [X] noncommercial registered agent with the following address for service of process:

| 8045 DOLCE VOLPE AVE. | LAS VEGAS | Nevada | 89178 |
| Street Address | City | | Zip Code |
| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

and hereby state that on 02/15/10 I accepted the appointment as registered agent
                          Date
for the above named business entity.

Signature:

X _Janelle Edington_     2/15/10
Authorized Signature of R.A. or On Behalf of R.A. Company     Date

**INITIAL LIST OF MANAGERS OR MANAGING MEMBERS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

ROIL ENERGY, LLC
NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF  FEB 2010  TO  02-11, due 03-31-11

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

JANELLE L. EDINGTON
8045 DOLCE VOLPE AVE.
LAS VEGAS, NV 89178

\*100401\*

Filed in the office of
Ross Miller
Secretary of State
State of Nevada

Document Number
20100108782-69

Filing Date and Time
02/22/2010 2:28 PM

Entity Number
E0074962010-8

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

IMPORTANT: Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A Manager, or if none, a Managing Member of the LLC must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or managing members, attach a list of them to this form.
3. Initial list fee is $125.00. A $75.00 penalty must be added for failure to file this form by the last day of the first month following organization date.
4. State business license fee is $200.00. Effective 2/1/2010, $100 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. Ordering Copies: If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the first month following the initial registration date. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include initial list and business license fees will result in rejection of filing.

INITIAL LIST FILING FEE: $125.00   LATE PENALTY: $75.00   BUSINESS LICENSE FEE: $200.00   LATE PENALTY: $100.00

**Complete only if applicable**

☐ Pursuant to NRS, this entity is exempt from the business license fee.   Exemption code: [ ]

Section 7(2) Exemption Codes
001 - Governmental Entity
002 - 501(c) Nonprofit Entity
003 - Home-based Business
005 - Motion Picture Company

☐ Month and year your State Business License expires: [ ] 20[ ]

| NAME | | |
|---|---|---|
| VAL HOLMS | ☐ MANAGER  ☒ MANAGING MEMBER | |
| ADDRESS | CITY | STATE  ZIP CODE |
| 470 HOLMS GULCH ROAD | HELENA | MT  59601 |
| NAME | | |
| ALLAN HOLMS | ☐ MANAGER  ☒ MANAGING MEMBER | |
| ADDRESS | CITY | STATE  ZIP CODE |
| 470 HOLMS GULCH ROAD | HELENA | MT  59601 |
| NAME | | |
| JOSEPH EDINGTON | ☐ MANAGER  ☒ MANAGING MEMBER | |
| ADDRESS | CITY | STATE  ZIP CODE |
| 470 HOLMS GULCH ROAD | HELENA | MT  59601 |
| NAME | | |
|  | ☐ MANAGER  ☐ MANAGING MEMBER | |
| ADDRESS | CITY | STATE  ZIP CODE |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _/s/_

Title: MANAGING MEMBER   Date: 02/15/10



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684 5708
Website: www.nvsos.gov

# Dissolution of Limited-Liability Company
### (before commencement of business)
(PURSUANT TO NRS 86.490)

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | 20100162037-82 |
| | Filing Date and Time |
| | 03/16/2010 10:30 AM |
| | Entity Number |
| | E0074962010-8 |

USE BLACK INK ONLY - DO NOT HIGHLIGHT                ABOVE SPACE IS FOR OFFICE USE ONLY

## Articles of Dissolution
## For a Nevada Limited-Liability Company
(Pursuant to NRS 86.490 - before commencement of business)

1. Name of the limited-liability company:

   Roil Energy LLC

2. The undersigned declare the following:

   (a) The management of the limited-liability company is vested in one or more managers;

   (b) The limited-liability company has not commenced business, and

   (c) No member's interest in the limited-liability company has been issued.

3. Signatures: document must be signed by of at least two-thirds of the organizers or the managers; a plain 8 1/2" x 11" sheet may be attached for additional signatures.

X _____          X _____
Signature of Manager or Organizer          Signature of Manager or Organizer


X _____          X _____
Signature of Manager or Organizer          Signature of Manager or Organizer

**FILING FEE: $75.00**

**IMPORTANT:** Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov


*170402*

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | 20130461645-42 |
| | Filing Date and Time |
| | 07/12/2013 8:29 AM |
| | Entity Number |
| | E0074962010-8 |

## Certificate of Revival
(PURSUANT TO NRS 86.580)
### Page 1

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Revival for a Nevada Limited-Liability Company
(Pursuant to NRS 86.580)

**1. Name of limited-liability company:**

ROIL ENERGY, LLC

**2. Registered Agent for service of process:** (check only one box)

☐ Commercial Registered Agent: _____
Name

☒ Noncommercial Registered Agent     ☐ Office or Position with Entity
(name and address below)                          (name and address below)

FRANK C. GILMORE
Name of Noncommercial Registered Agent OR Name of Title of Office or Other Position with Entity

| 71 WASHINGTON STREET | RENO | NEVADA | 89503 |
|---|---|---|---|
| Street Address | City | | Zip Code |
| | | NEVADA | |
| Mailing Address (If different from street address) | City | | Zip Code |

**3.** Date when revival of charter is to commence or be effective, which may be before the date of the certificate: February 19, 2010
(month, day, year)

**4.** Indicate whether or not the revival is to be perpetual, and, if not perpetual, the time for which the revival is to continue. The corporation's existence shall be;

PERPETUAL or _____
(Time for which the revival is to continue)

*This form must be accompanied by appropriate fees*

Nevada Secretary of State 86.580 Revival Page 1
Revised: 5-14-10



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

## Certificate of Revival
(PURSUANT TO NRS 86.580)
### Page 2

USE BLACK INK ONLY - DO NOT HIGHLIGHT               ABOVE SPACE IS FOR OFFICE USE ONLY

5. Names and addresses of managers, or if there are not managers, all of the managing members must be set forth: (additional pages may be attached as necessary) (indicate management; check one box only)

☐ Manager or ☒ Managing Member

| Name | | | |
|---|---|---|---|
| ALLAN HOLMS | | | |
| 3625 W. WEST DRIVE | SPOKANE | WA | 99224 |
| Address | City | State | Zip Code |

☐ Manager or ☒ Managing Member

| Name | | | |
|---|---|---|---|
| JOSEPH EDINGTON | | | |
| 702 EDENDERRY COURT | SPOKANE | WA | 99223 |
| Address | City | State | Zip Code |

☐ Manager or ☒ Managing Member

| Name | | | |
|---|---|---|---|
| VAL HOLMS | | | |
| 470 HOLMS GULCH ROAD | HELENA | MT | 59601 |
| Address | City | State | Zip Code |

☐ Manager or ☐ Managing Member

| Name | | | |
|---|---|---|---|
| | | | |
| Address | City | State | Zip Code |

☐ Manager or ☐ Managing Member

| Name | | | |
|---|---|---|---|
| | | | |
| Address | City | State | Zip Code |

*This form must be accompanied by appropriate fees*

Nevada Secretary of State 86.580 Revival Page 2
Revised: 5-14-10



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

## Certificate of Revival
(PURSUANT TO NRS 86.580)
### Page 3

USE BLACK INK ONLY - DO NOT HIGHLIGHT          ABOVE SPACE IS FOR OFFICE USE ONLY

6. The undersigned declare that the limited-liability company desires to revive its charter and is, or has been, organized and carrying on the business authorized by its existing or original charter and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapter 86.

7. The undersigned declares that he has been designated or appointed by the members to sign this certificate. Furthermore, the execution and filing of this certificate has been approved and secured by the written consent of a majority of the members.

X _[signature]_                           Date July 11, 2013
Signature

X _[signature]_                           Date July 11, 2013
Signature

**A REGISTERED AGENT ACCEPTANCE *MUST* ACCOMPANY THIS CERTIFICATE**

**IMPORTANT:** Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees*                Nevada Secretary of State 86.580 Revival Page 3
                                                                  Revised: 5-14-10

## JOINT DECLARATION OF INTENT TO REVIVE ROIL ENERGY, LLC

We, the majority Member Managers of Roil Energy, LLC, hereby declare our desire to revive its charter. We further declare that Roil Energy, LLC is, or has been organized and carrying on the business authorized by its original charter and that we desire to continue its existence pursuant to and subject to the provisions of Chapter 96 of the Laws of Nevada.

We further authorize Allan Holms to sign the Certificate of Revival for Roil Energy, LLC, and approve his doing so on our behalf as the Majority of Roil Energy's Member Managers.

DATED this 11th day of July, 2013

_____
Allan Holms, Member Manager

_____
Joseph Edington, Member Manager

# ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:

**FILE NUMBER:** E0074962010-8

**NAME OF LIMITED-LIABILITY COMPANY:** ROIL ENERGY, LLC

**FOR THE FILING PERIOD OF** July 2013 **TO** June 2014

**YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov**

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

Frank C. Gilmore
71 Washington Street
Reno, Nevada 89503

Filed in the office of Ross Miller, Secretary of State, State of Nevada
Document Number: 20130461647-64
Filing Date and Time: 07/12/2013 8:29 AM
Entity Number: E0074962010-8

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

[X] Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

**IMPORTANT:** Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A Manager, or if none, a Managing Member of the LLC must sign the form. **FORM WILL BE RETURNED IF UNSIGNED.**
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $125.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**ANNUAL LIST FILING FEE: $125.00   LATE PENALTY: $75.00   BUSINESS LICENSE FEE: $200.00   LATE PENALTY: $100.00**

## CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

[ ] Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [   ]

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

(DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED)

| NAME | | | |
|---|---|---|---|
| ALLAN HOLMS | [ ] MANAGER | [X] MANAGING MEMBER | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 3625 W. WEST DRIVE | SPOKANE | WA | 99224 |

| NAME | | | |
|---|---|---|---|
| JOSEPH EDINGTON | [ ] MANAGER | [X] MANAGING MEMBER | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 702 EDENDERRY COURT | SPOKANE | WA | 99223 |

| NAME | | | |
|---|---|---|---|
| VAL HOLMS | [ ] MANAGER | [X] MANAGING MEMBER | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 470 HOLMS GULCH ROAD | HELENA | MT | 59601 |

| NAME | | | |
|---|---|---|---|
| | [ ] MANAGER | [ ] MANAGING MEMBER | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS Chapter 76 and acknowledge that pursuant to NRS 239.330 it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _[signature]_
**Signature of Manager or Managing Member**

**Title:** MANAGING MEMBER
**Date:** 7/11/13

Nevada Secretary of State Annual List ManorMem
Revised: 3-9-12



ROSS MILLER
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## Registered Agent Acceptance
(PURSUANT TO NRS 77.310)

This form may be submitted by: a Commercial Registered Agent, Noncommercial Registered Agent or Represented Entity. For more information please visit http://www.nvsos.gov/index.aspx?page=141

USE BLACK INK ONLY - DO NOT HIGHLIGHT




| Filed in the office of | Document Number |
|---|---|
| /s/ Ross Miller | 20130461651-29 |
| Ross Miller | Filing Date and Time |
| Secretary of State | 07/12/2013 8:29 AM |
| State of Nevada | Entity Number |
|  | E0074962010-8 |

*181102*

ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Acceptance of Appointment by Registered Agent

In the matter of  **ROIL ENERGY, LLC**
Name of Represented Business Entity

I, **FRANK C. GILMORE** am a:
Name of Appointed Registered Agent  OR  Represented Entity Serving as Own Agent*

(complete only one)

a) ☐ commercial registered agent listed with the Nevada Secretary of State,

b) ☒ noncommercial registered agent with the following address for service of process:

| 71 WASHINGTON STREET | RENO | Nevada 89503 |
|---|---|---|
| Street Address | City | Zip Code |

|  |  | Nevada |
|---|---|---|
| Mailing Address (if different from street address) | City | Zip Code |

c) ☐ represented entity accepting own service of process at the following address:

Title of Office or Position of Person in Represented Entity

|  |  | Nevada |
|---|---|---|
| Street Address | City | Zip Code |

|  |  | Nevada |
|---|---|---|
| Mailing Address (if different from street address) | City | Zip Code |

and hereby state that on **7/12/13** I accepted the appointment as registered agent for the above named business entity.

X _[signature]_    **7-12-13**
Authorized Signature of R.A. or On Behalf of R.A. Company     Date

*If changing Registered Agent when reinstating, officer's signature required.

X _____
Signature of Officer     Date

Nevada Secretary of State Form RA Acceptance
Revised: 5-13-10

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER: E0074962010-8

NAME OF LIMITED-LIABILITY COMPANY: ROIL ENERGY, LLC

FOR THE FILING PERIOD OF FEB, 2014 TO FEB, 2015

*100401*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $125.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of Ross Miller, Secretary of State, State of Nevada

Document Number: 20140084488-59
Filing Date and Time: 02/03/2014 3:10 PM
Entity Number: E0074962010-8

(This document was filed electronically)
ABOVE SPACE IS FOR OFFICE USE ONLY

**ANNUAL LIST FILING FEE:** $125.00   **LATE PENALTY:** $75.00 (if filing late)   **BUSINESS LICENSE FEE:** $200.00   **LATE PENALTY:** $100.00 (if filing late)

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | | | |
|---|---|---|---|
| JOSEPH EDINGTON | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 702 EDENDERRY COURT, USA | SPOKANE | WA | 99223 |

| NAME | | | |
|---|---|---|---|
| ALLAN HOLMS | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 3625 W WEST DRIVE, USA | SPOKANE | WA | 99224 |

| NAME | | | |
|---|---|---|---|
| VAL HOLMS | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 470 HOLMS GULCH ROAD, USA | HELENA | MT | 59601 |

| NAME | | | |
|---|---|---|---|
| | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X ALLAN D HOLMES

**Signature of Manager, Managing Member or Other Authorized Signature**

Title: MANAGING MEMBER
Date: 2/3/2014 3:10:43 PM

Nevada Secretary of State List ManorMem
Revised: 8-8-13

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER: E0074962010-8

ROIL ENERGY, LLC
NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF: FEB, 2015 TO FEB, 2016

*100402*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

**IMPORTANT:** Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $125.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of Barbara K. Cegavske, Secretary of State, State of Nevada

Document Number: 20150036101-09
Filing Date and Time: 01/27/2015 11:45 AM
Entity Number: E0074962010-8

ABOVE SPACE IS FOR OFFICE USE ONLY

**ANNUAL LIST FILING FEE:** $125.00   **LATE PENALTY:** $75.00 (if filing late)   **BUSINESS LICENSE FEE:** $200.00   **LATE PENALTY:** $100.00 (if filing late)

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ____

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| JOSEPH EDINGTON | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 702 EDENDERRY COURT , USA | SPOKANE | WA | 99223 |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| ALLAN HOLMS | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3625 W WEST DRIVE , USA | | WA | 99224 |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| VAL HOLMS | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 470 HOLMS GULCH ROAD , USA | HELENA | MT | 59601 |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X ALLAN HOLMS
**Signature of Manager, Managing Member or Other Authorized Signature**

Title: MANAGING MEMBER
Date: 1/27/2015 11:45:15 AM

Nevada Secretary of State List ManorMem
Revised: 1-5-15

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER: E0074962010-8

NAME OF LIMITED-LIABILITY COMPANY: ROIL ENERGY, LLC

FOR THE FILING PERIOD OF FEB, 2016 TO FEB, 2017

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the office of *Barbara K. Cegavske*, Barbara K. Cegavske, Secretary of State, State of Nevada

Document Number: 20160047921-72
Filing Date and Time: 02/01/2016 11:54 AM
Entity Number: E0074962010-8

*100403*

ABOVE SPACE IS FOR OFFICE USE ONLY

ANNUAL LIST FILING FEE: $150.00   LATE PENALTY: $75.00 (if filing late)      BUSINESS LICENSE FEE: $200.00   LATE PENALTY: $100.00 (if filing late)

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [ ]

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | | | |
|---|---|---|---|
| JOSEPH EDINGTON | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 702 EDENDERRY COURT , USA | SPOKANE | WA | 99223 |
| NAME | | | |
| ALLAN HOLMS | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 3625 W WEST DRIVE , USA | SPOKANE | WA | 99224 |
| NAME | | | |
| VAL HOLMS | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 470 HOLMS GULCH ROAD , USA | HELENA | MT | 59601 |
| NAME | | | |
|  | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
|  |  |  |  |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X ALLAN HOLMS

**Signature of Manager, Managing Member or Other Authorized Signature**

Title: MANAGING MEMBER
Date: 2/1/2016 11:54:03 AM

Nevada Secretary of State List ManorMem
Revised: 7-1-15