# EXHIBIT 15

# EXHIBIT 15

# EXHIBIT 15



FILED
Electronically
CV14-00544
2016-11-02 03:15:31 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5787630

CASE NO. CV14-00544　　　MANUEL GRAIWER et al. vs. VAL HOLMS et al.

| DATE, JUDGE OFFICERS OF COURT PRESENT | APPEARANCES-HEARING | CONTINUED TO |
|---|---|---|
| 10/25/16 HONORABLE PATRICK FLANAGAN DEPT. NO. 7 K. Oates (Clerk) S. Koetting (Reporter) | **HEARING IN RE: DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION** Thomas Bradley, Esq., and John Aberasturi, Esq., were present in Court on behalf of the Plaintiffs, who were not present. Matt Addison, Esq., was present in Court on behalf of Nominal Defendant Bakken Resources, Inc. Paul Anderson, Esq., was present in Court on behalf of Defendants Wesley Paul, Dan Anderson, Herman Landeis, Karen Midtlyng, Bill Baber, and Doug Williams, who were present. Doug Brown, Esq., was present in Court on behalf of Defendant Val Holms, who was not present. 9:05 a.m. – Court convened with Court, counsel and respective parties present. Introductions of counsel and respective parties were made to the Court. The Court recited a procedural history of this case. Counsel Anderson, on behalf of the Defendants, addressed the Court and advised he has not yet filed a reply to the Holms Order to Show Cause/Contempt Motion. Counsel Bradley, on behalf of the Plaintiffs, addressed the Court and advised that the declaration of the shareholders of Bakken Resources, Inc. ("BRI"), was filed - a copy of which was provided to the Court. Counsel Addison, on behalf of the Nominal Defendant, addressed the Court and responded he has not seen the declaration. Counsel Anderson responded and argued in support of Defendants' Motion for Preliminary Injunction. Counsel Brown, on behalf of Defendant Holms, addressed the Court and advised, for purposes of today's Hearing, the parties have stipulated that no witness testimony will be presented, only argument. Further, counsel argued in opposition to the Defendant's Motion for Preliminary Injunction and advised that he, counsel Brown, will be filing a Motion to Dismiss as to claims involving Defendant Holms. Further, counsel advised that Defendant Holms and Plaintiff | |

CASE NO. CV14-00544          MANUEL GRAIWER et al. vs. VAL HOLMS et al.

Page Two

| DATE, JUDGE OFFICERS OF COURT PRESENT | APPEARANCES-HEARING | CONTINUED TO |
|---|---|---|
| 10/25/16 HONORABLE PATRICK FLANAGAN DEPT. NO. 7 K. Oates (Clerk) S. Koetting (Reporter) | **HEARING IN RE: DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION**<br>Graiwer entered into a new settlement, and their motion to approve that settlement will be filed when finalized.<br>Counsel Bradley responded and argued in support of denial of the Motion for Preliminary Injunction.<br>Counsel Aberasturi addressed the Court and argued in support of denial of the Motion for Preliminary Injunction.<br>Counsel Anderson further argued in support of the Motion for Preliminary Injunction, and the Court entering an order allowing the Temporary Restraining Order ("TRO") to continue. Further, counsel argued that no action should be occurring in Montana, but rather here.<br>Counsel Bradley responded that this Court contacting the Judge involved in the Montana matter would be improper, and further argued that there should be an injunction in place keeping matters where they are and the parties should proceed in an ordinary fashion.<br>10:25 a.m. – Recess.<br>11:35 a.m. – Court reconvened with Court, counsel and respective parties present.<br>The Court represented to the parties the possibility of consolidating the preliminary injunction with the trial on the merits, to include this matter being resolved once and for all.<br>Counsel Brown responded and sought clarification from the Court to include the filing of a complaint.<br>Counsel Anderson responded and sought clarification from the Court as to ruling now on the consolidation, or continuing the TRO.<br>The Court responded that all matters would be concluded in one proceeding, the TRO would be extended, and a complaint for declaratory relief would be filed. Further, the Court addressed compressing the discovery process and briefing schedule, and proceeding with trial in January, 2017.<br>Counsel Addison responded and deferred to counsel Anderson. | |

CASE NO. CV14-00544         MANUEL GRAIWER et al. vs. VAL HOLMS et al.

Page Three

| DATE, JUDGE OFFICERS OF COURT PRESENT | APPEARANCES-HEARING | CONTINUED TO |
|---|---|---|
| 10/25/16 HONORABLE PATRICK FLANAGAN DEPT. NO. 7 K. Oates (Clerk) S. Koetting (Reporter) | HEARING IN RE: DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION<br>Counsel Anderson replied and had no objection to the Court's proposal.<br>Counsel Addison responded and had no objection from a derivative settlement perspective.<br>Counsel Aberasturi replied and also had no objection from a derivative settlement perspective.<br>Counsel Addison responded that the parties are very close to a settlement and are working on the notice to shareholders and terms of settlement.<br>Counsel Brown replied and addressed concerns to include he presently has two trials set for January, his intention is to file a Motion to Dismiss, and the affect that Motion would have, and further, counsel expressed concerns about fees and costs.<br>Counsel Addison responded and further concurred with the Court.<br>Counsel Bradley replied he does not have the authority to agree at this time.<br>Counsel Anderson echoed the sentiments of counsel Addison.<br>Counsel Bradley responded with respect to the TRO, modifications should occur.<br>Counsel Anderson replied and concurred.<br>Counsel Aberasturi addressed TRO modifications to include no transfer of stock or granting of proxy.<br>COURT ORDERED: The Temporary Restraining Order will be extended to include modifications as recited by counsel Aberasturi. It is further ordered that the parties are to appear in the chambers of Department Seven and set either a bench or jury trial, a Status Hearing is set for December 1, 2016 at 1:30 p.m. at which out-of-state counsel can appear via Court Call, and further, counsel Anderson will prepare and submit a proposed order to the Court.<br>11:55 a.m. – Court stood in recess. | |